**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No: 26−40537

Jenna Ione Kaltved,　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

Debtor(s).

## NOTICE OF PARTIAL CASE FILING

The petition commencing this case was filed on February 18, 2026. Based on the clerk's office initial case review, the documents identified in the table below have not been filed or non−conforming or outdated forms were used. Please note that this initial case review may be incomplete; consult Bankruptcy Form 2000 and this Court's Local Rules for more information about filing requirements.

All documents identified in the table below must be filed by March 4, 2026. Please note that it is the debtor(s) responsibility to ensure that all required documents be filed.

If the debtor(s) needs additional time to file the documents identified below, the debtor(s) must ask the court for more time on or before March 4, 2026. See 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(c) for more information.

| Required Document | Form # (if applicable) | Not Filed | Non−Conforming/ Outdated Form Used |
|---|---|---|---|
| **Voluntary Petition for Individuals Filing for Bankruptcy** | 101 *(06/24)* | ☐ | ☐ |
| **Credit Counseling Certificate** | 101 (part 5) *(06/24)* | ☐ | ☐ |
| **Statement About an Eviction Judgment Against You** | 101A *(12/15)* | ☐ | ☐ |
| **Statement About Payment of an Eviction Judgment Against You** | 101B *(12/15)* | ☐ | ☐ |
| **Creditor Matrix** (names and addresses of all creditors loaded into CM/ECF). Instructions can be found on the court's website: www.mnb.uscourts.gov. | | ☐ | ☐ |
| **Declaration About an Individual Debtor's Schedules** | 106Dec *(12/15)* | ☑ | ☐ |
| **Summary of Your Assets and Liabilities and Certain Statistical Information** | 106Sum *(12/15)* | ☑ | ☐ |
| **Schedule A/B: Property** | 106A/B *(12/15)* | ☐ | ☐ |
| **Schedule C: The Property You Claim as Exempt** | 106C *(04/25)* | ☑ | ☐ |
| **Schedule D: Creditors Who Have Claims Secured by Property** | 106D *(12/15)* | ☐ | ☐ |

mnbnp13 10/25

| Required Document | Form # (if applicable) | Not Filed | Non-Conforming/ Outdated Form Used |
|---|---|---|---|
| **Schedule E/F: Creditors Who Have Unsecured Claims** | 106E/F *(12/15)* | ☐ | ☐ |
| **Schedule G: Executory Contracts and Unexpired Leases** | 106G *(12/15)* | ☑ | ☐ |
| **Schedule H: Your Codebtors** | 106H *(12/15)* | ☑ | ☐ |
| **Schedule I: Your Income** | 106I *(12/15)* | ☐ | ☐ |
| **Schedule J: Your Expenses** | 106J *(12/15)* | ☐ | ☐ |
| **Schedule J−2: Expenses for Separate Household of Debtor 2** (required if debtor(s) indicated in part 1 of Form 106J that debtor 2 lives in a separate household) | 106J−2 *(12/15)* | ☐ | ☐ |
| **Statement of Financial Affairs for Individuals Filing for Bankruptcy** | 107 *(04/25)* | ☑ | ☐ |
| **Bankruptcy Petition Preparer's Notice, Declaration, and Signature** (required if the debtor(s) indicated on part 7 of Form 101 that the debtor(s) paid or agreed to pay someone who is not an attorney to help fill out their bankruptcy forms) | 119 *(12/15)* | ☐ | ☐ |
| **Statement About Your Social Security Numbers** | 121 *(12/15)* | ☐ | ☐ |
| **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period** | 122C−1 *(10/19)* | ☐ | ☐ |
| **Chapter 13 Calculation of Your Disposable Income** (required if debtor(s) check box 17b in part 2 of form 122C−1) | 122C−2 *(04/25)* | ☐ | ☐ |
| **Statement Under Penalty of Perjury re: Payment Advice Due Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv) (Payment Advices Cover Sheet)** | See Other Local Forms | ☑ | ☐ |
| **All payment advices or other evidence of payment received within 60 days before the date of the petition from any employer.** | | ☑ | ☐ |
| **Disclosure of Compensation of Bankruptcy Petition Preparer** (required if the debtor(s) indicated on part 7 of Form 101 that the debtor(s) paid or agreed to pay someone who is not an attorney to help fill out their bankruptcy forms) | 2800 *(12/15)* | ☐ | ☐ |
| **Disclosure of Compensation of Attorney for Debtor** (must conform to LF 1007−1. *See* Local Rule 1007−1(a).) | Local Form 1007−1 *(06/16)* | ☐ | ☐ |
| **Notice of Responsibilities of Chapter 13 Debtors and Their Attorneys** (must conform to LF 1007−3−1(13). *See* Local Rule 1007−3.) | Local Form 1007−3−1(13) *(08/25)* | ☐ | ☐ |
| **Chapter 13 Plan** | Local Form 3015−1 *(09/25)* | ☐ | ☑ |

Dated: February 19, 2026    s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: KSI
Deputy Clerk

United States Bankruptcy Court
District of Minnesota

| | |
|---|---|
| In re: | Case No. 26-40537-KAC |
| Jenna Ione Kaltved | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 19, 2026 | Form ID: mnbnp13 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jenna Ione Kaltved, 15581 Iodine Street NW, Ramsey, MN 55303-5741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory A Burrell | ecfmnmi@trustee13.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 2