## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                                                                                Case No: 26–40537

Jenna Ione Kaltved,                                                                                          Chapter 13

Debtor(s).

## ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The debtor(s) filed an application to pay the filing fee in installments under Fed. R. Bankr. P. 1006(b)(1). Upon considering the application,

**IT IS ORDERED:**

1. The application to pay the filing fee in installments is denied.

2. The debtor(s) must pay the filing fee of 313.00 by 3/2/2026.

3. Failure to pay the full filing fee will result in this case being dismissed under Fed. R. Bankr. P. 1017(b).

4. The clerk must provide notice of this order to the debtor(s), the attorney for the debtor(s), the trustee, and the United States Trustee.


Dated: 2/23/26                                                                    s/ Katherine A. Constantine
                                                                                          United States Bankruptcy Judge