UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Jenna Ione Kaltved  
fka Jenna Ione Thompson,

NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE

Debtor.

Chapter 13,
Case No. 26-40537 KAC

Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and Local Rule 2002-5, the undersigned hereby notes an appearance on behalf of:

Federal National Mortgage Association,

a creditor in the above case, and requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, orders, financial and other reports) except for motions for relief from the automatic stay brought by secured creditors to pursue collateral in which we do not have any recorded interest, served or filed in this case upon the undersigned at the office address and telephone number set forth below.

        Federal National Mortgage Association  
        c/o LIEBO, WEINGARDEN, DOBIE & BARBEE, P.L.L.P  
        4500 Park Glen Road, Suite 300  
        Minneapolis, MN 55416  
        (952) 925-6888

Dated: February 25, 2026        LIEBO, WEINGARDEN, DOBIE & BARBEE, P.L.L.P

        By:   /s/Kevin T. Dobie  
             Kevin T. Dobie, #388322  
             Attorney for Movant  
             4500 Park Glen Road, #300  
             Minneapolis, MN 55416  
             (952) 925-6888  
             kevin@minnesotamortgagelaw.com