**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                                                          Case No: 26−40537

Jenna Ione Kaltved,                                                                                   Chapter 13

Debtor(s).

## ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The debtor(s) filed an application to pay the filing fee in installments under Fed. R. Bankr. P. 1006(b)(1). Upon considering the application,

**IT IS ORDERED:**

1. The application to pay the filing fee in installments is denied.

2. The debtor(s) must pay the filing fee of 313.00 by 3/2/2026.

3. Failure to pay the full filing fee will result in this case being dismissed under Fed. R. Bankr. P. 1017(b).

4. The clerk must provide notice of this order to the debtor(s), the attorney for the debtor(s), the trustee, and the United States Trustee.

Dated: 2/23/26                                                  s/ Katherine A. Constantine
                                                                          United States Bankruptcy Judge

United States Bankruptcy Court
District of Minnesota

In re:  Case No. 26-40537-KAC
Jenna Ione Kaltved  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: admin     Page 1 of 1
Date Rcvd: Feb 23, 2026     Form ID: mnbodnyi     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jenna Ione Kaltved, 15581 Iodine Street NW, Ramsey, MN 55303-5741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory A Burrell | ecfmnmi@trustee13.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 2