UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

Jenna Ione Kaltved,

Debtor.

Case No. 26-40537

**RECEIVED**

**MAR 04 2026**

TIME: _____

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

**MOTION FOR EXTENSION OF TIME TO FILE TAX RETURNS**

Jenna Ione Kaltved, pro se, respectfully request an extension of time to file tax returns for the years 2022, 2023, 2024, and 2025 pursuant to 11 U.S.C. § 1308 and Fed. R. Bankr. P. 1007(c).

1. The petition was filed February 18, 2026.

2. Debtor has not yet completed and filed the required tax returns for the four years preceding the petition date.

3. Debtor is actively gathering records and preparing the returns.

4. This is Debtor's first request for extension.

5. Granting the extension will not prejudice creditors or the estate and is in the best interest of the case.

Debtor requests an extension to May 4, 2026 (60 days) to file the required tax returns.

Dated: March 4, 2026

_____
Jenna Kaltved