**Fill in this information to identify your case:**

Debtor 1: Jenna Ione Kaltved

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: _____ District of _____

Case number (if known): 26-40537

RECEIVED

MAR 04 2026

TIME: _____

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                     12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   Name of your spouse, former spouse, or legal equivalent: _____
   Number Street: _____
   City / State / ZIP Code: _____

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   Column 1: Your codebtor

   Column 2: The creditor to whom you owe the debt
   Check all schedules that apply:

   **3.1** Douglas James Kaltved
   15581 Iodine Street NW
   Ramsey, MN 55303
   ☑ Schedule D, line 2.1
   ☑ Schedule E/F, line 4.3
   ☐ Schedule G, line ____

   **3.2** Harold Jay Thompson III
   165 Broadway Ave
   Cokato, MN 55321
   ☑ Schedule D, line 2.3
   ☐ Schedule E/F, line ____
   ☐ Schedule G, line ____

   **3.3** _____
   ☐ Schedule D, line ____
   ☐ Schedule E/F, line ____
   ☐ Schedule G, line ____

Official Form 106H                    Schedule H: Your Codebtors                    page 1 of ___

Debtor 1  <u>Jenna Ione Kaltved</u>    Case number *(if known)* <u>26-40537</u>    page ___ of ___
      First Name   Middle Name   Last Name

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**         *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.__
Name  
Number   Street  
City   State   ZIP Code  
❑ Schedule D, line _____  
❑ Schedule E/F, line _____  
❑ Schedule G, line _____

3.__
Name  
Number   Street  
City   State   ZIP Code  
❑ Schedule D, line _____  
❑ Schedule E/F, line _____  
❑ Schedule G, line _____

3.__
Name  
Number   Street  
City   State   ZIP Code  
❑ Schedule D, line _____  
❑ Schedule E/F, line _____  
❑ Schedule G, line _____

3.__
Name  
Number   Street  
City   State   ZIP Code  
❑ Schedule D, line _____  
❑ Schedule E/F, line _____  
❑ Schedule G, line _____

3.__
Name  
Number   Street  
City   State   ZIP Code  
❑ Schedule D, line _____  
❑ Schedule E/F, line _____  
❑ Schedule G, line _____

3.__
Name  
Number   Street  
City   State   ZIP Code  
❑ Schedule D, line _____  
❑ Schedule E/F, line _____  
❑ Schedule G, line _____

3.__
Name  
Number   Street  
City   State   ZIP Code  
❑ Schedule D, line _____  
❑ Schedule E/F, line _____  
❑ Schedule G, line _____

3.__
Name  
Number   Street  
City   State   ZIP Code  
❑ Schedule D, line _____  
❑ Schedule E/F, line _____  
❑ Schedule G, line _____

Official Form 106H      Schedule H: Your Codebtors      page ___ of ___