AMERIHOME MORTGAGE CO, LLC
PO BOX 77404
EWING, NJ 08629

DISCOVER BANK
PO BOX 30939
SALT LAKE CITY, UT 84130

US BANK
PO BOX 108
SAINT LOUIS, MO 63166

WELLS FARGO AUTO
PO BOX 71092
CHARLOTTE, NC 28272

FANNIE MAE
GRANITE PARK VILLAGE
5600 GRANITE PARKWAY
PLANO, TX 75024

BANK OF AMERICA
PO BOX 26012
GREENSBORO, NC 27420

**RECEIVED**

MAR 04 2026

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA