**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | Case No: 26–40537 |
| Jenna Ione Kaltved, | Chapter 13 |
| Debtor(s). | |

---

**NOTICE REGARDING CHAPTER 13 PLAN**

---

The court has issued the following on the docket to this case:

Clerk's Notification Regarding Chapter 13 Plan. The debtor is directed to serve the plan and notice of confirmation hearing on the trustee, the United States Trustee, and all creditors within the time required by Fed. R. of Bankr. P. 2002(b) and to file proof of service with the court. See Fed. R. Bankr. P. 3015(d) and Local Rule 3015(b). Jenna Ione Kaltved is being sent this notice by mail. (ADK)

If unrepresented by an attorney, documents must be mailed to the court. If represented by an attorney, documents must be submitted in electronic form through the court's CM/ECF Case Management/Electronic Case Filing system. For information on CM/ECF Registration, please see the court's website, http://www.mnb.uscourts.gov under Electronic Case Filing.

Dated: March 4, 2026

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: ADK
Deputy Clerk

**mnbnmail** 04/25