## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

---

In re:                                                                 Case No: 26–40537

Jenna Ione Kaltved,                                                    Chapter 13

Debtor(s).

---

## NOTICE REGARDING MEETING OF CREDITORS SERVICE

---

The court has issued the following on the docket to this case:

Clerk's Notification Regarding Meeting of Creditors and Debtor Service Requirements. The debtor is directed to serve the notice of the meeting of creditors to any entity not listed on the creditor matrix at the time the meeting of creditors notice was transmitted. See Fed. R. Bankr. P. 2002(a) and Local Rule 2002–1(b). Jenna Ione Kaltved is being sent this notice by mail. (ADK)

If unrepresented by an attorney, documents must be mailed to the court. If represented by an attorney, documents must be submitted in electronic form through the court's CM/ECF Case Management/Electronic Case Filing system. For information on CM/ECF Registration, please see the court's website, http://www.mnb.uscourts.gov under Electronic Case Filing.

Dated: March 4, 2026                              s/ Tricia Pepin
                                                  Clerk, United States Bankruptcy Court

                                                  By: ADK
                                                  Deputy Clerk

**mnbnmail** 04/25