**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Jenna Ione Kaltved

Debtor(s)

Case No: 26–40537 – KAC

Chapter 13 Case

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

U S Court Courtroom 8 West, 300 S 4th St, Minneapolis, MN 55415

on 4/1/26 at 09:00 AM

to consider and act upon the following:

20 – Motion to extend time filed by Debtor 1 Jenna Ione Kaltved. (ADK)Modified on 3/5/2026 (LMO).

Dated: 3/6/26

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: LMO
Deputy Clerk

**mnbntchrgBK** 05/22/2013 – FM