**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Jenna Ione Kaltved

Case No: 26−40537 − KAC

Debtor(s)

Chapter 13 Case

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

U S Court Courtroom 8 West, 300 S 4th St, Minneapolis, MN 55415

on 4/1/26 at 09:00 AM

to consider and act upon the following:

*20* − Motion to extend time filed by Debtor 1 Jenna Ione Kaltved. (ADK)Modified on 3/5/2026 (LMO).

Dated: 3/6/26

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: LMO
Deputy Clerk

**mnbntchrgBK** 05/22/2013 − FM

United States Bankruptcy Court
District of Minnesota

In re:  Case No. 26-40537-KAC
Jenna Ione Kaltved  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: admin     Page 1 of 2
Date Rcvd: Mar 06, 2026     Form ID: ntchrgBK     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jenna Ione Kaltved, 15581 Iodine Street NW, Ramsey, MN 55303-5741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | + Email/Text: kevin@minnesotamortgagelaw.com | Mar 06 2026 21:24:00 | Federal National Mortgage Association, 4500 Park Glen Road, Suite 300, Minneapolis, MN 55416-4891 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory A Burrell | ecfmnmi@trustee13.com |
| Kevin T. Dobie | on behalf of Interested Party Federal National Mortgage Association kevin@MinnesotaMortgageLaw.com maria@uwllaw.com,kaye@uwllaw.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 06, 2026 | Form ID: ntchrgBK | Total Noticed: 2 |
| TOTAL: 3 | | |