UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Jenna Ione Kaltved
*fka* Jenna Ione Thompson,

                                                          Chapter 13
                                           Case No. 26-40537 KAC

                Debtor.

---

CORPORATE DISCLOSURE STATEMENT

---

Federal National Mortgage Association hereby declares the following:

    Federal National Mortgage Association is a publicly held corporation. There is no publicly held corporation owning 10% or more of Federal National Mortgage Association's stock.

Dated:  March 10, 2026

                                LIEBO, WEINGARDEN, DOBIE & BARBEE, P.L.L.P.

                        By: /s/ Kevin T. Dobie
                            Kevin T. Dobie, #388322
                            Attorney for Movant
                            4500 Park Glen Road, #300
                            Minneapolis, MN 55416
                            (952) 925-6888
                            kevin@minnesotamortgagelaw.com