B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Jenna Kaltved | DEFENDANTS Service Mac LLC<br>AmeriHome Mortgage Company, LLC<br>Onward Financing LLC<br>Federal National Mtg Assoc.; Mortgage Electronic<br>Registration Systems, Inc |
|---|---|

| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Jenna Kaltved, Pro Se<br>15581 Iodine St NW<br>Ramsey MN 55303   612-987-7104 | ATTORNEYS (If Known) |
|---|---|

| PARTY (Check One Box Only)<br>☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☒ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Declaratory judgement and quiet title regarding validity of mortgage lien on debtor's property; determination of validity, priority, or extent of lien under 28 U.S.C. § 2201 and 28 U.S.C § 157(b)(2)(K); defenses under Minn. Stat. §§ 336.3-305, 336.3-306(UCC adopted); quiet title under Minn. Stat. 559.01

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| FRBP 7001(a) – Recovery of Money/Property | FRBP 7001(f) – Dischargeability (continued) |
|---|---|
| ☐ 11-Recovery of money/property - §542 turnover of property | ☐ 61-Dischargeability - §523(a)(5), domestic support |
| ☐ 12-Recovery of money/property - §547 preference | ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury |
| ☐ 13-Recovery of money/property - §548 fraudulent transfer | ☐ 63-Dischargeability - §523(a)(8), student loan |
| ☐ 14-Recovery of money/property - other | ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation |
| | (other than domestic support) |
| **FRBP 7001(b) – Validity, Priority or Extent of Lien** | ☐ 65-Dischargeability - other |
| ☒ 21-Validity, priority or extent of lien or other interest in property | |
| | **FRBP 7001(g) – Injunctive Relief** |
| **FRBP 7001(c) – Approval of Sale of Property** | ☐ 71-Injunctive relief – imposition of stay |
| ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h) | ☐ 72-Injunctive relief – other |
| **FRBP 7001(d) – Objection/Revocation of Discharge** | **FRBP 7001(h) Subordination of Claim or Interest** |
| ☐ 41-Objection / revocation of discharge - §727(c),(d),(e) | ☐ 81-Subordination of claim or interest |
| **FRBP 7001(e) – Revocation of Confirmation** | **FRBP 7001(i) Declaratory Judgment** |
| ☐ 51-Revocation of confirmation | ☒ 91-Declaratory judgment |
| **FRBP 7001(f) – Dischargeability** | **FRBP 7001(j) Determination of Removed Action** |
| ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims | ☐ 01-Determination of removed claim or cause |
| ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, | **Other** |
| actual fraud | ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq. |
| ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny | ☐ 02-Other (e.g. other actions that would have been brought in state court |
| **(continued next column)** | if unrelated to bankruptcy case) |

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $   NONE |

Other Relief Sought

**RECEIVED**

MAR 1 0 2026

TIME: 1030

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

B1040 (FORM 1040) (12/24)

| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER** (Court Use Only) |
|---|---|

| **PLAINTIFFS** Jenna Kaltved | **DEFENDANTS** Service Mac LLC AmeriHome Mortgage Company, LLC Onward Financing LLC Federal National Mtg Assoc.; Mortgage Electronic Registration Systems, INC |
|---|---|

| **ATTORNEYS** (Firm Name, Address, and Telephone No.) Jenna Kaltved, Pro Se 15581 Iodine St NW Ramsey MN 55303   612-987-7104 | **ATTORNEYS** (If Known) |
|---|---|

| **PARTY** (Check One Box Only) ☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor   ☐ Other ☐ Trustee | **PARTY** (Check One Box Only) ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor   ☒ Other ☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Declaratory judgement and quiet title regarding validity of mortgage lien on debtor's property; determination of validity, priority, or extent of lien under 28 U.S.C § 2201 and 28 U.S.C § 157 (b)(2)(K); defenses under Minn. Stat §§ 336.3-305, 336.3-306 (UCC adopted); quiet title under Minn. Stat. § 559.01

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(f) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
☐ 71-Injunctive relief - imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $   NONE |

Other Relief Sought

**RECEIVED**

MAR 1 0 2026

TIME: 1830

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

B1040 (FORM 1040) (12/24)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR  Jenna Ione Kaltved | BANKRUPTCY CASE NO.  26-40537 | |
| DISTRICT IN WHICH CASE IS PENDING  MN | DIVISION OFFICE  Minneapolis | NAME OF JUDGE  Katherine A. Constantine |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ~~ATTORNEY~~ (OR PLAINTIFF)  *Jenna Ione Kaltved* | | |
| DATE  3-10-26 | PRINT NAME OF ~~ATTORNEY~~ (OR PLAINTIFF)  Jenna Ione Kaltved | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

In re:

JENNA KALTVED,

Debtor.

Case No. 26-40537

JENNA KALTVED,

Plaintiff,

v.

AMERIHOME MORTGAGE COMPANY, LLC; SERVICEMAC, LLC; FEDERAL NATIONAL
MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
ONWARD FINANCING LLC,

Defendants.

Adversary Proceeding No.

**ADVERSARY COMPLAINT**

Plaintiff Jenna Kaltved, pro se Debtor, complains as follows. This action seeks

determination of the validity and extent of liens on property of the estate and related

declaratory relief, grounded in public law, statutes at large, codes, and case law verified to

fit this Minnesota situation.

**JURISDICTION AND VENUE**

This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334 (Pub. L. 95-598, 92 Stat. 2659

(1978), as amended). This is a core proceeding under 28 U.S.C. § 157(b)(2)(K)

(determination of validity, priority, or extent of liens).

Venue is proper under 28 U.S.C. § 1409(a) (Pub. L. 95-598, 92 Stat. 2667 (1978), as

amended).

## PARTIES

3. Plaintiff Jenna Kaltved is the Debtor in Case No. 26-40537 and an owner of the real

property at 15581 Iodine Street NW, Ramsey, Minnesota 55303 (the "Property").

4. Defendant AmeriHome Mortgage Company, LLC is the servicer of the mortgage loan at

issue.

5. Defendant ServiceMac, LLC is a subsequent servicer or transferee.

6. Defendant Federal National Mortgage Association (FNMA) claims to be the

investor/owner of the loan.

7. Defendant Mortgage Electronic Registration Systems, Inc. (MERS) acted as nominee for

the originator and purported assignee.

8. Defendant Onward Financing LLC is the purported originator of the loan.

## FACTUAL ALLEGATIONS

9. Debtor executed a promissory note and mortgage related to the Property. The mortgage

was purportedly an investment contract securitized into trusts or pools, splitting the note

and mortgage under principles verified in case law such as Carpenter v. Longan, 76 U.S.

271 (1869) (note and mortgage inseparable).

10. Debtor made demands for validation, accounting, and proof of person entitled to enforce (PETE) status under UCC § 3-301 (Minn. Stat. § 336.3-301, MN Laws 1992 c. 565 § 1) and accounting under UCC § 9-210 (Minn. Stat. § 336.9-210, MN Laws 1992 c. 565 § 1), including letters dated as shown in Exhibits E and K. These demands were ignored or inadequately responded to (Exhibit G: AmeriHome responses admitting FNMA as investor but refusing to provide original note, ledgers, or proof of consideration).

11. The mortgage was purportedly assigned from origination to MERS/Onward, to AmeriHome on October 11, 2023, "purchased" by AmeriHome at sheriff sale on July 1, 2025, then transferred to FNMA later that month (Exhibit F).

12. Onward Financing LLC, the purported originator, was dormant or inactive post-origination and before the October 11, 2023 assignment (Exhibit U). Onward also lacked the proper banking license to fund the loan (Exhibit T), verified from MN Dept. of Commerce public records under Minn. Stat. § 46.041, MN Laws 1945 c. 128 § 1, as amended).

13. The origination lacked consideration advanced by any party (Exhibit S: Closing Disclosure showing "Funds for Borrower $0.00").

14. The Sheriff's Certificate of Sale was recorded as Doc #2442295.004 (Exhibit I).

15. Plaintiff claims the sale is voidable and unenforceable based on the evidence in the exhibits described above.

**COUNT I: QUIET TITLE (Minn. Stat. § 559.01)**

16. The July 1, 2025 sheriff's sale is voidable and unenforceable due to the defects described above, verified under Minn. Stat. § 559.01 (MN Laws 1963 c. 753 art. 1 § 559.01, as amended 1986 c. 444). Plaintiff seeks quiet title to the Property in her favor, free of any claimed lien or interest by Defendants.

**COUNT II: DECLARATORY RELIEF (28 U.S.C. § 2201)**

17. An actual controversy exists regarding the validity and enforceability of the mortgage lien, verified under 28 U.S.C. § 2201 (Pub. L. 80-773, 62 Stat. 964 (1948), as amended). Plaintiff relies on defenses under Minn. Stat. § 336.3-305 (MN Laws 1992 c. 565 § 1), including fraud inducing signature without knowledge of essential terms, and non-holder in due course status under Minn. Stat. § 336.3-306 (MN Laws 1992 c. 565 § 1), to challenge the validity of Defendants' claimed lien. Plaintiff seeks a declaration that no valid lien exists, the sale is voidable and unenforceable, and Defendants have no enforceable interest in the Property, including due to securitization splitting the note and mortgage as verified in case law such as Carpenter v. Longan, 76 U.S. 271 (1869).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that this Court:

A. Declare the July 1, 2025 sheriff's sale voidable and unenforceable;

B. Quiet title to the Property in Plaintiff's favor;

C. Declare that Defendants have no valid lien or enforceable interest;

D. Award costs and such other relief as the Court deems just.

Dated: March 10, 2026

Jenna Kaltved, Pro Se Plaintiff/Debtor

Adversary Complaint Bankruptcy Court

**Exhibit List**

- Exhibit E — Demand Letter (validation/accounting)

- Exhibit K — Additional Demand Letter

- Exhibit G — AmeriHome Responses (admitting FNMA, no
  note/ledgers/consideration)

- Exhibit F — October 11, 2023 Assignment (22-month gap, signed by Eichen)

- Exhibit T — Onward Non-Depository Status (MN Dept. of Commerce records)

- Exhibit U — Onward Dormancy Evidence

- Exhibit S — Closing Disclosure ("Funds for Borrower $0.00")

- Exhibit I — Sheriff's Certificate of Sale (Doc #2442295.004)

Jenna Kaltved AFFIDAVIT OF JENNA KALTVED

(Certification of Exhibit E – September 2023 Debt Validation Letter and Follow-Up Notice)


STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF ANOKA      )


I, Jenna Kaltved, being first duly sworn, depose and state:


1. I am a plaintiff in the above-captioned action.

2. The attached Exhibit E consists of:

   a. My September 2023 debt validation letter to AmeriHome Mortgage Company, LLC, sent certified mail with return receipt requested, demanding proof of the debt, including the original wet-ink promissory note, full chain of title, and proof of consideration (funds advanced).

   b. My follow-up notice sent after AmeriHome's inadequate response, reiterating the demand and noting their failure to validate.

   c. USPS tracking/green cards confirming delivery of both notices.

3. These documents are true and correct copies of the originals in my possession.

4. AmeriHome failed to provide adequate validation in response to either notice.

Further affiant sayeth not.

_Jenna Kaltved_

Jenna Kaltved


Subscribed and sworn to before me

this 15th day of December, 2025.

_Robert Wagner_

Robert Wagner, Notary Public

My Commission Expires: 1-31-2028 (SEAL)

ROBERT D WAGNER
Notary Public
Minnesota
My Commission Expires 1/31/2028

Kaltved: Jenna

Mail responses to:
Jenna Kaltved
38868 12th Ave
North Brand, MN 55056

**To** , Jim Furash, CEO of AMERIHOME MORTGAGE
 1 Baxter Way Ste 300,
Thousand Oaks, CA 91362

09/25/2023

Certified Mail Number No. 7022 2410 0002 5637 0085 RRR

**RE: AMERIHOME MORTGAGE Account No. 0173355454**

### NOTICE OF CONDITIONAL ACCEPTANCE
### AND OFFER TO PERFORM

Peaceful greetings to you Mr. Jim Furash, CEO, and agents of AMERIHOME MORTGAGE, I hope the NOTICE OF CONDITIONAL ACCEPTANCE AND OFFER TO PERFORM (hereinafter Notice) reaches to in good health and stead.

I am writing you and giving you this Notice because I received a bill which appears to reflect that you and your company are expecting payment for an alleged debt. After doing my due diligence to ensure that there is a debt owed, it appears to me that this alleged debt is not valid. Therefore, I am exercising my right to request and require you and your company to verify that this alleged debt is valid. As it is now, and always has been, my intention to operate with good faith and with clean hands, I am working diligently to satisfy this commercial matter. As it appears to me that you and your agency are of some belief that the debt is valid, I would like for you and your institution to cease any collection of the alleged debt until it can be verified that there is a valid debt that I, as a consumer, owe.

This Notice, once more, is to inform you that it is not now and never will be my intention to avoid paying anything I lawfully owe. It is now and always has been my intention to conduct myself and my commercial affairs in good faith and with clean hands. It is my intent to settle this matter promptly and remain in honor. This Notice

Page **1** of **5**

will serve as an offer to perform on your claim and a conditional acceptance of your offer under these certain conditions. Please verify under oath that this claim is valid, free from any claims and defenses including but not limited to: any failure of your company to give full disclosure of the agreement, failure of consideration or material alterations, and that the original lender provided value.

**As I understand it, ONWARD FINANCING nor AMERIPRISE FINANCIAL INC did not give full disclosure in this agreement and as a result I was not made aware of the following facts that would reveal that this debt is not valid. The following facts support my position in this matter:**

1.   ONWARD FINANCING failed to disclose to the consumer JENNA KALTVED (hereinafter "consumer") that ONWARD FINANCING used consumer's note, capital, funds, money or money equivalent to fund a note, check or similar instrument that was used to fund the charges on the alleged account, whereby ONWARD FINANCING risked nothing of value.

2.   ONWARD FINANCING has not used any of their own capital, funds, money or money equivalents to pay for any charges on the alleged account.

3.   ONWARD FINANCING received "something-for-nothing" by using the consumer's note(s) to fund charges to the loan account while retaining payments from consumer.

4.   So, due to the fact that ONWARD FINANCING failed to disclose the above information in their loan agreement prior to soliciting applicant to become bound by it, I as a consumer did not knowingly, intentionally, voluntarily and intelligently get into any agreement to pay any monthly charges

5.   Due to the lack of disclosure, AMERIHOME MORTGAGE has, directly or indirectly, used false, deceptive, or misleading representations or means, in the same way that a debt collector would be in violation of Section 807 of the FDCPA, 15 U.S.C. §1692e

6.   If there was any securitization of the "initial outstanding balances" of the alleged account, ONWARD FINANCING nor AMERIHOME MORTGAGE would not be a

holder in due course, and therefore cannot have incurred a loss or make a valid claim.

I want to receive absolute assurance from AMERIHOME MORTGAGE that this is a valid debt. In order to settle this matter, please sign or have an authorized officer sign the enclosed affidavit, confirming that you have read the agreement, that you understand GAAP, the bookkeeping entries, accounts receivables and deposits, the banking laws, and the Federal Reserve bank's policies and procedures. **Failure of an authorized officer to affirm and sign the enclosed affidavit will stand as your agreement that the debt is NOT valid and that the PLAIN STATEMENT OF FACTS in the affidavit are NOT the truth, failure of an authorized officer to affirm and sign the enclosed affidavit will stand as your agreement that the contrary to the PLAIN STATEMENT OF FACTS in the affidavit are the truth and that JENNA KALTVED owes your company nothing. If an authorize officer signs the enclosed affidavit, please send the signed affidavit to the address listed above.**

**In addition please furnish me with the following information:**

1. A complete statement of Damages, including each and every loss that AMERIHOME MORTGAGE incurred under the alleged agreement.

2. A front and back, true and correct copy of the alleged signed agreement bearing my signature (full & complete disclosure), and a detailed copy of the alleged account. As well as the name, address and telephone number of AMERIHOME MORTGAGE CPA auditor.

If you cannot verify and validate this debt by the above listed means, it will stand that AMERIHOME MORTGAGE and any associated agencies have no right, or capacity to collect on this alleged debt.

During this validation period, there should be no actions which could be considered detrimental to any of my credit reports to include, but not limited to: any negative marks found or any report on any of my credit reports by your company or any company that you represent. As I understand it, that would be in violation of the **Fair Credit Reporting Act** and **Defamation of Character, Bank Fraud, Aggravated Identity Theft and Conspiracy**.

Page **3** of **5**

Non-compliance with this request could violate **Fair Credit Reporting Act, Section 623(a)(3) - Responsibilities of furnishers of information to consumer reporting agencies [15 USC § 1681s-2].**

As I have already been in communication with you and your company requesting that you furnish me with the documents I require to verify that this is a valid debt for over thirty (30) days, I am extending you another fifteen (15) days to gather and respond to this letter or send confirmation that this matter is settled and closed and that this alleged debt is cancelled. Failure to verify and validate the debt within fifteen (15) days by signing the enclosed affidavit and providing the requested documentation and information that are required to actually verify the debt confirms your tacit agreement that the debt is not valid and failure to perform as requested creates the assumption that you are in total agreement with the stipulations that no further action will be taken and an absolute waiver of any right to collect the alleged debt. Your silence shall be taken as your acquiescence, therefore failure to respond will stand as your tacit agreement that the Consumer owes you nothing and that you and your company have no genuine dispute as to any of the material facts and that there is no controversy in the matter whatsoever.

I am of the understanding that a signature promising to pay on a mortgage note (promissory note) is what creates the credits as financial institutions execute loan transactions by accepting promissory notes and placing them on deposit in a consumer's account and that no funds from excess reserves or funds from your company were given or lost by way of this transaction. Furthermore, payment history, as I understand it, is simply evidence that your company continued to collect funds from the consumer due to the lack of disclosure that the consumer's signature funded the note and alleged account. In the event that you and your agency believe that payment history and the mortgage note is somehow confirmation that the debt is valid as if that means that equal or adequate consideration was given or that your company did not use the consumer's money, credit or money equivalent to fund the note, check or other instrument applicable or that your company did not receive something for nothing, please sign have an authorized officer sign the enclosed affidavit and please pay special attention to the notice below.

**NOTICE**

THIS IS **NOT** A REQUEST FOR CONFIRMATION THAT YOU HAVE A COPY OF AN AGREEMENT OR COPIES OF STATEMENTS. THIS IS A NOTICE THAT I, THE CONSUMER, REQUIRE PROOF THAT YOU HAVE THE REQUISITE KNOWLEDGE OF THE FACTS, THAT I REQUIRE THE FULL ACCOUNTING AND ANY GAAP LEDGERS AND BOOKKEEPING ENTRIES, BALANCE SHEETS AND THAT THE ALLEGED CREDITOR PROVIDED ADEQUATE CONSIDERATION AND INCURRED A FINANCIAL LOSS UNDER THE FULL & COMPLETE ORIGINAL AGREEMENT/NOTE WITH A WET INK SIGNATURE IN ORDER TO PERFORM. AS I UNDERSTAND IT, ANY SUCH COPY IS NOT EVIDENCE OF AN ACTUAL OBLIGATION AND ANY COPY OF A NOTE **SENT DUE TO AN INABILITY TO LOCATE THE ORIGINAL NOTE WITH A WET INK SIGNATURE** WOULD BE A FORGERY TO THE BEST OF MY KNOWLEDGE. IF FOR SOME REASON YOU ARE OF THE UNDERSTANDING THAT YOU ARE NOT REQUIRED TO SEND ME THE ORIGINAL NOTE, PLEASE SEND YOUR PARTICULAR STATEMENT TO THE ADDRESS ABOVE.

**I am keeping a careful record of your actions, including your Method of Verification. I do not consent to e-Oscar or any means of automated verification.**

**Notice to the Principal is Notice to the Agent, and Notice to the Agent is Notice to the Principal.**

Thank you for your attention to this matter.

With Peace and Honor
In Good Faith and Clean hands,

Kaltved: Jenna lone [Beneficiary]
Without Prejudice U.C.C. 1-308

**P.S.** Please be aware that dependent upon your response or non response, I may be detailing any potential issues with your company via an online public press release, including documentation of any potential small claims action.  And/or, I will file a complaint in federal court and the CFPB.

## AFFIDAVIT OF FACTS:  VERIFICATION & VALIDATION OF DEBT

Certified mail No. 7022 2410 0002 5637 0085 RRR

**Claimant has entered an <u>AFFIDAVIT OF FACT</u> for the verification and validation
of debt; AMERIHOME MORTGAGE has attempted to collect an alleged debt. If
the debt is valid, an authorized officer of AMERIHOME MORTGAGE affirms the
following PLAIN STATEMENT OF FACTS to be true, complete and correct.**

### <u>PLAIN STATEMENT OF FACTS</u>

The undersigned affiant, being duly sworn, deposes and states:

1.      That I have the requisite knowledge of the facts regarding "AMERIHOME
MORTGAGE Account No.3525292723" including the loan agreement, account ledgers
and bookkeeping entries;

2.      That **AMERIHOME MORTGAGE** does not follow Generally Accepted Accounting
Principles (GAAP) or the Federal Reserve Bank's policies and procedures, and did not
create credits from **JENNA KALTVED** signed receipts, promises to pay, notes, or other
instruments;

3.      That **AMERIHOME MORTGAGE** used its own money, money equivalent, credit
or capital, or that of other depositors, as adequate consideration to purchase the loan
agreement and notes from **JENNA KALTVED;**

4.      That **AMERIHOME MORTGAGE** did not accept, receive or deposit any money,
money equivalent, note, credit or capital from the **JENNA KALTVED** to fund a note, check
or similar instrument that was used to finance/fund the charges on the alleged account;

5.      That **AMERIHOME MORTGAGE** incurred financial losses and has been
damaged in the amount of $396,120.21 and is attempting to collect a bona fide debt arising
from services provided and/or goods sold

6.  That all material facts and terms and conditions regarding the alleged account, have
been disclosed to **JENNA KALTVED** in the loan agreement and promissory note;

7.  That **AMERIHOME MORTGAGE** is the holder in due course of all notes and that the
notes were taken for value, in good faith, and without any notice of claims or defenses, and
that any transfer of the account was made with the full knowledge and consent of all the
parties;

8.  That I have personal knowledge that the loan agreement and promissory notes were not
altered or forged in any way.

### <u>ATTESTATION</u>

The facts stated above are true, correct and complete.

Page 1 of 2

Signed by: _____

Subscribed and Sworn before me this_____

Day of_____, 2_____ .

The State of_____

County of_____

_____

Print Name & Title          Signature of Notary

Certified Mail Number No. 7022 2410 0002 5637 0085 RRR

## CERTIFICATE OF SERVICE

State of Minnesota

County of Chisago

On the date: _____SEPT_____ 25 , 2023 ( 9 / 25 /2023) I mailed, for
Jenna Kaltved, one copy of the papers identified as:

- NOTICE OF CONDITIONAL ACCEPTANCE and OFFER TO PERFORM (5 pages)
- AFFIDAVIT OF FACTS: VERIFICATION & VALIDATION OF DEBT (2 pages)

A total of seven (7) pages (not including this Certificate of Service) and all
attachments by United States Postal Services certified mail # 7022 2410 0002
5637 0085 US, Return Receipt Requested in sealed envelope with package pre-
paid and properly addressed to CEO of AMERIHOME MORTGAGE, Jim Furash as
follows:

AMERIHOME MORTGAGE
1 Baxter Way Ste 300
Thousand Oaks, CA 91362

I am over the age of 18 and not a party to the transaction involving the papers I
mailed.  I declare under penalties of perjury under the laws of the State of
Minnesota that the above is true, correct, and complete, and that this Certificate
of Service was executed ____SEPT.____ 25 , 2023.

Print Name: ___JOHN DOLIN_____

Signature: _____

JOHN EDWARD DOLIN
NOTARY PUBLIC - MINNESOTA
My Comm. Exp. Jan. 31, 2028

Notary Public
38868 12th Ave

North Branch, MN 55056

Notary Public in and for said State of Minnesota

My Commission Expires 01/31/2028 _____

'0222410000256370085

opy   Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 10:43 am on October 2, 2023 in THOUSAND OAKS, CA 91362.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

Delivered

Delivered, Left with Individual

THOUSAND OAKS, CA 91362
October 2, 2023, 10:43 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

Plain-simple-English & Plain-Simple-Counting-Systems

Non-negotiable
Roberts rules of order apply [In plain language to aid your understanding]
CEO and or Persons with significant control

Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent
Silence is Acquiescence.

### Jenna-Ione: Kaltved

Jenna Kaltved
c/o 18111 203rd Avenue North West
Big Lake, Minnesota [55309]

**To:**
Jim Furash, CEO of AMERIHOME MORTGAGE
1 Baxter Way Ste 300,
Thousand Oaks, CA 91362

12/01/2023

**Certified Mail Number No. 7022 2410 0002 5636 9942 RRR**

**RE: AMERIHOME MORTGAGE Account No. 0173355454**

**MORTGAGE FOLLOW UP LETTER**

Peaceful greetings to you , CEO of AMERIHOME MORTGAGE,

I received correspondence from your company with a copy of a contract as a response to my request that you and your company verify that this alleged debt for account number 0173355454 are valid.  Kindly cite the authority that renders a contract on its own as a document that verifies that there equal consideration and a full disclosure given to make a debt valid, as it relates to the accounting, any outstanding balance illustrating both the account receivables and account payables along with any facts and findings to support such a belief and send that particular statement to the address listed above.  It is my understanding that a copy of a contract is not at all evidence that equal consideration was given, nor is it the original that I may need for my inspection.  I require the full accounting to verify.  Including the books that would illustrate any off balance sheet bookkeeping techniques.

If it is your and/or your agency's belief that you provided equal consideration that is reflected on some document other than a bookkeeping ledger in accordance with GAAP and the matching principle, Federal Reserve

Page 1 of 3

bank's policies and procedures, proper documentation of accounts receivables, accounts payables and deposits, FR 2046, 2049, 2099 balance sheets, call schedules or any of the requested documents from the debt validation request I sent to your company, please send that particular statement to the address listed above as it would seem from your dunning letter that you and your agency do not believe you have any duty to respond with those documents or at least failed to do so.

If it is your position that you and your company did not give equal consideration, please provide any law, policy, code, regulation or cite any authority that states that it is lawful to bind someone to a contract where there has been no equal consideration.

If it is your position that your company conducted the loan transaction by accepting a promissory note from the consumer in exchange for credits on the "borrower's" transaction account and never used any of your company's reserves, and that it constitutes a deposit by the consumer, please send a statement that reflects that the consumer was given full disclosure of this fact, or send a particular statement that reflects that your company is not required to give full disclosure of all material facts to the address listed above, as it appears that you and your company are of the belief that you gave the consumer full disclosure or that you are not required to give the consumer full disclosure.

Failure to provide these requested statements will leave me with no other choice but to assume that you and your company agree that there is no authority that renders a copy of a contract as verification that a debt is valid and lawful, that the consumer did make a deposit, that you do not agree that your company is not required to give full disclosure, that you agree that your company is required to give full disclosure and equal consideration, that you agree that no equal consideration was given and that you do agree that you or an agent with the authority to bind the company do have a duty to respond. Please send the requested documents within ten (10) days of your receipt of this letter.

## NOTICE OF INTENT
If I do not get a response with the requested statements and/or any statements and proof justifying your actions and failure/refusal to perform and supporting your opinions, or I do not get the requested documents mentioned in the **NOTICE OF CONDITIONAL ACCEPTANCE AND OFFER TO PERFORM**, I intend to file suit and utilize the discovery tools to obtain these requested documents along with specific balance sheets and expert witnesses to explain the ledgers and procedures and policies and any securitization trails and other documents that will be presented in discovery.

Page 2 of 3

As always I intend to settle my affairs with peace and honor and with good faith and clean hands. I simply want to be certain that the debt is valid and upon the condition that I receive this assurance by the requested documents I will be more than happy and willing and ready to satisfy the obligation. I require certainty, and will not just bend to the will or subject myself to an unsubstantiated opinion or any intimidation tactics, if used, to sway me into participating in something I did not have full disclosure on and where the parties in interest did not have a meeting of the minds as per the laws of the natural balanced universe and our American Jurisprudence.

Thank you for your attention to this matter
Kind Regards,

Jenna-Ione: Kaltved

*Exhibit 4*

*3 pages*

---

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jim Furash, CEO of Amerihome
1 Baxter Way Ste 300 Mortgage
Thousand Oaks, CA 91362

9590 9402 7969 2305 7762 23

2. Article Number *(Transfer from service label)*

7022 2410 0002 5636 9942

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *M. Tidwell*                          ☐ Agent
                                         ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
*M. Tidwell*                        *12/6/23*

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature                  ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery   ☐ Registered Mail™
☐ Certified Mail®                  ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery              ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
   )0)

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

Certified Mail Number No. 7022 2410 0002 5636 9942 RRR

## CERTIFICATE OF SERVICE

State of Minnesota

County of Sherburne

On the date: _December      1_, 2023 (12 / 1 /2023) I mailed, for
Jenna Kaltved, one copy of the papers identified as:

- MORTGAGE FOLLOW UP LETTER (3 pages)

A total of seven (3) pages (not including this Certificate of Service) and all
attachments by United States Postal Services certified mail # 7022 2410 0002
5636 9942 US, Return Receipt Requested in sealed envelope with package pre-
paid and properly addressed to CEO of Jim Furash, CEO of AMERIHOME
MORTGAGE:

AMERIHOME MORTGAGE
1 Baxter Way Ste 300,
Thousand Oaks, CA 91362

I am over the age of 18 and not a party to the transaction involving the papers I
mailed.  I declare under penalties of perjury under the laws of the State of
Minnesota that the above is true, correct, and complete, and that this Certificate
of Service was executed _December      1_, 2023.

Print Name: _Robert D. Wagner_

Signature: _Robt D. Wn_

Notary Public

18111 203rd Ave Northwest

Big Lake, MN 55309

ROBERT D WAGNER
Notary Public
Minnesota
My Commission Expires 1/31/2028

Notary Public in and for said State of Minnesota
My Commission Expires _1-31-2028_

AFFIDAVIT OF JENNA KALTVED
(Certification of **Exhibit K** – June 20, 2025 Notice to ServiceMac)

STATE OF MINNESOTA )
) ss.
COUNTY OF ANOKA )

I, Jenna Kaltved, being first duly sworn, depose and state:

1. I am a plaintiff in the above-captioned action.

2. The attached Exhibit K is a true and correct copy of my June 20, 2025 certified notice to ServiceMac, LLC, demanding release of lien and proof of chain of title, sent certified mail with return receipt requested.

3. The attached USPS tracking confirms delivery and receipt by ServiceMac.

4. ServiceMac ignored the demand and proceeded with foreclosure.

Further affiant sayeth not.

_____
Jenna Kaltved

Subscribed and sworn to before me this 15th day of December, 2025.

_____
Robert Wagner, Notary Public

My Commission Expires: 1-31-2028

ROBERT D WAGNER
Notary Public
Minnesota
My Commission Expires 1/31/2028

(SEAL)

## NOTICE OF SETTLEMENT
## AND LIEN RELEASE DEMAND

June 20, 2025

*certified mail*

7022 3330 0001 7328 4115

**From:**
Jenna Ione Kaltved
c/o 15581 Iodine Street Northwest
Ramsey, Minnesota [55303]
612-987-7104

**To:**
Eric Sadow, Head of Legal Department
ServiceMac, LLC
9726 Old Bailes Road Suite 200
Indian Land, SC 29707
Fax: 803-373-8094
Email: support@servicemacusa.com

Re: Account #8114003858

## NOTICE OF SETTLEMENT AND LIEN RELEASE DEMAND

**Dear Mr. Sadow,**

This notice informs ServiceMac, LLC, that I, Jenna Ione Kaltved, have settled the alleged mortgage account referenced above, as evidenced by IRS-accepted Forms 1099-A and 1099-B (attached). I demand immediate confirmation of a zero balance, release of the lien on my property at 15581 Iodine Street Northwest, Ramsey, MN 55303, and supporting documentation within 7 days. Failure to comply may result in legal action for violations of federal law, including RICO Act, Sherman Antitrust Act, and peonage statutes, with criminal complaints filed with the Treasury Inspector General for Tax Administration (TIGTA) and FBI.

**1. Settlement of Account**
I am not in default, with any party, on the alleged mortgage. I have settled all obligations as evidenced on IRS Forms 1099-A and 1099-B, reporting the disposition of the Promissory Note originally deposited with Onward Financial. As the depositor of the Promissory Note with Onward Financial, the originator, I assert that I did not receive a receipt for the deposit or equal exchange for its value, per GAAP standards. My intent was that the credit extended by the Note was solely for my benefit to acquire the land at 15581 Iodine St NW, Ramsey, MN 55303. The Note's deposit was not a gift, abandoned, or salvageable by Onward Financial or any assignee, including ServiceMac, LLC, AmeriHome Mortgage, Cenlar FSB, or Fannie Mae or any other party. ServiceMac, as the current servicer since June 1, 2025, must acknowledge this settlement and update its records accordingly.

**2. Required Actions**
Within 7 days, ServiceMac must provide:

- A certified statement confirming a zero balance for Account #8114003858.
- A recorded release of the lien on the property at 15581 Iodine Street Northwest, Ramsey, MN 55303, with proof of updated county records.
- The original wet-ink Promissory Note with all endorsements and assignments.
- A complete chain of title evidencing lawful ownership and authority to service the loan.

- A GAAP-compliant accounting of the loan's funding and Promissory Note's deposit, including evidence of receipt and equal exchange.
- Servicing records since June 1, 2025, including assignment documents from Cenlar FSB or AmeriHome Mortgage, and proof of RESPA-compliant notice of transfer (15 days' notice).
- A sworn affidavit affirming that you are the holder in due course and have suffered a concrete, particularized injury directly caused by the undersigned.

Failure to provide these documents may indicate fraudulent claims, potentially rendering the loan unenforceable under 12 U.S.C. § 2605 (RESPA) and 15 U.S.C. § 1692g (FDCPA).

## 3. Federal Law Violations
Your continued assertion of a debt and failure to release the lien violates:

- **RICO Act (18 U.S.C. § 1962):** Coordinating with AmeriHome Mortgage, Cenlar FSB, and others to enforce an invalid lien through mail and wire fraud (18 U.S.C. §§ 1341, 1343).

- **Sherman Antitrust Act (15 U.S.C. §§ 1-3):** Restraining trade by monopolizing control over my homestead through deceptive practices, obstructing my ability to clear title. My household is not engaged in interstate commerce, per Household Goods Carriers' Bureau v. ICC, 584 F.2d 437 (D.C. Cir. 1978).

- **Peonage Act (18 U.S.C. § 1581; Public Law 106-386):** Imposing economic servitude by threatening foreclosure without evidence of a valid debt, creating financial coercion.

## 4. Consequences of Non-Compliance
If ServiceMac fails to comply within 7 days, I will file:
- A criminal complaint with TIGTA against Eric Sadow for tax evasion (26 U.S.C. § 7201).
- A criminal complaint with the FBI against ServiceMac for fraud and racketeering (18 U.S.C. §§ 1341, 1343, 1962).

These actions will be supported by my IRS filings and this notice in federal court .

## 5. Conclusion
ServiceMac must comply with these demands within 7 days to avoid legal consequences. I reserve all rights to pursue further remedies if unlawful actions persist.

## NOTARY ACKNOWLEDGMENT

The use of a notary below is for identification only and not for entrance into any foreign jurisdiction.

STATE OF MINNESOTA )
) ss.
COUNTY OF SHERBURNE )

I, the undersigned Notary Public, hereby affirm before me this 20th day of June , 20 23 , that I have acted in good faith in the execution of this document. I confirm that the individual executing this document, Jenna Kaltved, is personally known to me and/or has provided adequate evidence to establish their lawful identity and status. I accept this evidence as sufficient to support the facts presented herein. This declaration is made under my signature and seal, in accordance with the authority granted to me by my commission. A photocopy has the same weight and strength as the wet ink signed commission/original.

_____

Notary Public Signature:

My Commission Expires: 01-31-2028

ROBERT D WAGNER
Notary Public
Minnesota
My Commission Expires 01/31/2028



Important Disclaimer and Reservation of Rights:

This private correspondence is submitted as a special and limited appearance and is not intended for public circulation or general disclosure beyond the designated recipient.

The use of notarial services or county boundary, if any, is for verification of facts, date, and time purposes only, and does not constitute an entry into any federal, state, or municipal jurisdiction, nor a waiver of rights, status, standing, nor an adhesion to any statutory obligations, corporate rules, or administrative procedures.

No language herein shall be construed as granting authority to presume the undersigned's consent to contracts, or obligations not explicitly and knowingly entered into by the undersigned in their proper capacity. This correspondence is offered conditionally, without prejudice, and without recourse, reserving all inherent and secured rights.

If you are not the intended recipient of this document, you are instructed to cease review, notify the sender immediately, and permanently delete or destroy all copies of this communication. Unauthorized use, disclosure, or retention of this material is strictly prohibited and may subject the violator to personal liability.

All Rights Reserved, Without Prejudice.

Sincerely,

Jenna Ione Kaltved

Jenna Ione Kaltved

**ALERT: WINTER WEATHER IN THE NORTHERN PLAINS, GREAT LAKES, OHIO...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70223330001173284115

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:00 pm on June 23, 2025 in FORT MILL, SC 29707.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

FORT MILL, SC 29707
June 23, 2025, 12:00 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                          ⌄

USPS Tracking Plus®                                                           ⌄

AFFIDAVIT OF JENNA KALTVED
(Certification of Exhibit G – AmeriHome Mortgage Company, LLC Responses)

STATE OF MINNESOTA )
) ss.
COUNTY OF ANOKA )

I, Jenna Kaltved, being first duly sworn, depose and state:

1. I am a plaintiff in the above-captioned action.

2. The attached Exhibit G consists of true and correct copies of AmeriHome Mortgage Company, LLC's validation responses to my debt validation demands, dated November 7, 2023 and December 4, 2023.

3. These responses admit FNMA as owner/assignee and pool MA4549, but provide no original wet-ink promissory note, full chain of title, or proof of funds advanced.

4. These documents are true and correct copies of the originals in my possession.

Further affiant sayeth not.

_Jenna Kaltved_
Jenna Kaltved

Subscribed and sworn to before me this 15th day of December, 2025.

_Robert Wagner_
Robert Wagner, Notary Public

My Commission Expires: 1-31-2028

ROBERT D WAGNER
Notary Public
Minnesota
My Commission Expires 1/31/2028

(SEAL)



NMLS ID 135776

October 06, 2023

Hours of Operation:
Customer Service: Monday - Friday, 8:30 a.m. to 10:00 p.m. ET
Collections Dept.: Monday - Friday, 8:00 AM to 9:00 PM ET

Douglas Kaltved
Jenna Kaltved
15581 Iodine Street Northwest
Ramsey MN 55303

Qualified Written Requests, notifications
of error, or requests for information
concerning your loan must be directed to:
PO Box 77423, Ewing, NJ 08628

RE: Loan Number: 0173355454
    Property Address: 15581 Iodine Street NW
                      Ramsey MN 55303

Dear Customer:

We have received your request for the name of the Owner/Assignee of the
mortgage loan referenced above and applicable contact information.

The loan Owner/Assignee is:

Fannie Mae
Midtown Center
1100 15th Street, NW
Washington, DC 20005
800-232-6643

The owner status of this loan is based upon a review of our records as of
the date of this letter, and loan ownership status may change from time to
time.

We appreciate the opportunity to service your loan.

Thank you.

CS184 022 BCC OE



EQUAL HOUSING
LENDER

855-501-3035
amerihome.loanadministration.com

804010 000001501 09CEN1 01064047



NMLS ID 135776

*Oct 11, 2023   Assignment after Notice Request &
Before Response*

November 7, 2023

Douglas Kaltved
Jenna Kaltved
15581 Iodine Street Northwest
Ramsey, MN 55303

Re:   Loan number: 0173355454
Property Address: 15581 Iodine Street NW, Ramsey, MN 55303

Dear Douglas Kaltved and Jenna Kaltved:

We are in receipt of your request to validate the debt related to the above-referenced loan ("the Loan"), which is dated September 25, 2023, and was received in our office on October 3, 2023.

The Loan was originated by Onward Financing, LLC and is currently owned by Fannie Mae located at Midtown Center, 1100 15th Street, NW, Washington, DC 20005, telephone number 1-800-232-6643. AmeriHome Mortgage Company, LLC, located at Po Box 77404, Ewing, NJ 08628, telephone number 609-718-4889, is the servicer of the Loan.

The Loan is registered with MERS®, an electronic registry of mortgages. For loans registered with MERS®, assignments of mortgage are not recorded in county records but are reflected within MERS®. We include printout(s) showing the Mortgage Identification Number ("MIN") associated with the Loan, which list Fannie Mae as the investor, and AmeriHome Mortgage Company, LLC as the servicer.   The Loan was deactivated from MERS® due to default. Enclosed is a copy of the assignment out of MERS®.

The Loan is due for the  July 2023 installment and the following payments are in arrears:
Payments from July 2023 through August 2023 due at $2,550.28, each total $5,100.56
Payments from September 2023 through November 2023 due at $2,881.50, each total $8,644.50.

The following amounts are due and owing:
Accrued late charges                =     $271.95
Other fees*                         =     $0
Escrow advance                      =     $4,500.39
Funds advanced**                    =     $20.00

*this amount represents other fees (please refer to the enclosed Fee Activity Ledger(s) for an itemization)
**this amount represents funds advanced on your behalf  to date (please refer to the enclosed History of Corporate Advance Transactions for an itemization)

855-501-3035
amerihome.loanadministration.com

804010  000001501 09CEN1 01064047

Douglas Kaltved
Jenna Kaltved
Page 2

Also enclosed are copies of the Note and Mortgage that you signed at closing and a Loan History showing the activity on the account.

The Terms and Conditions of the loan remain unchanged and in full effect, and AmeriHome will continue to service the loan in accordance with the valid loan documents that were signed.

Should you have any questions regarding this matter, please contact me at 866-677-8807.

Sincerely,

*Christina D.*

Christina D.
Executive Resolution Analyst

Enclosures

*Incomplete verification —*
*No original wet-ink note*
*No chain of title*
*No proof of Note Holder Status*
*No proof of full disclosure*
*or equal consideration*
*or funds loaned*

MERS
System

## MIN Summary

## Summary

| Field | Value | | |
|---|---|---|---|
| MIN | 1015827-1000000892-6 | MIN Status | Deactivation-Assigned from MERS for Default or Bankruptcy |
| Address | 15581 IODINE ST<br>RAMSEY, MN 55303 | | |
| MOM Indicator | MOM | Lien Type | First Lien |
| Reg Date | 12/29/2021 | | |
| County/Place | Anoka County | Owner Occupied | Yes |
| Primary Borrower | KALTVED, DOUGLAS | SSN | XXX-XX-XXXX |
| Co-Borrower | KALTVED, JENNA | SSN | XXX-XX-XXXX |
| Note Amount | $403,750.00 | Note Date | 12/28/2021 |
| Pool Number | MA4549 | Investor Loan Number | 4028594363 |
| Securitization | N/A | | |
| Servicer | 1009836 - AmeriHome Mortgage Company, LLC | Subservicer | 1000383 - Cenlar FSB |

undisclosed Securitization ?

ENVIRONMENT
www.mersonline.org

ORG ID
1000383

804010  000001501  09CEN1 01064047



NMLS ID 135776

December 4, 2023

*Same as Nov 7th response*

Douglas Kaltved
Jenna Kaltved
15581 Iodine Street Northwest
Ramsey, MN 55303

Re:    Loan number: 0173355454
       Property Address: 15581 Iodine Street NW, Ramsey, MN 55303

Dear Douglas Kaltved and Jenna Kaltved:

We are in receipt of your request to validate the debt related to the above-referenced loan ("the Loan"), which is dated September 25, 2023, and was received in our office on November 22, 2023.

The Loan was originated by Onward Financing, LLC and is currently owned by Fannie Mae located at Midtown Center, 1100 15th Street, NW, Washington, DC 20005, telephone number 800-232-6643. AmeriHome Mortgage Company, LLC, located at PO Box 77404, Ewing, NJ 08628, telephone number 855-501-3035, is the servicer of the Loan.

The Loan is registered with MERS®, an electronic registry of mortgages. For loans registered with MERS®, assignments of mortgage are not recorded in county records but are reflected within MERS®. We include printout(s) showing the Mortgage Identification Number ("MIN") associated with the Loan, which list Fannie Mae as the investor, and AmeriHome Mortgage Company, LLC as the servicer. The Loan was deactivated from MERS® on October 13, 2023, due to default. Enclosed is a copy of the assignment out of MERS®.

The Loan is due for the July 2023 installment and the following payments are in arrears:
    2 Payments for (July 2023 through August 2023) @ $2,550.28          = $5,100.56
    4 Payments for (September 2023 through December 2023 @ $2,881.50  = $11,526.00

The following amounts are due and owing:
    Accrued late charges              =      $271.95
    Other fees*                       =      $0
    Escrow advance                    =      $4,776.29
    Funds advanced**                  =      $20.00

       *this amount represents other fees (please refer to the enclosed Fee Activity Ledger(s) for an itemization)
       **this amount represents funds advanced on your behalf to date (please refer to the enclosed History of Corporate Advance Transactions for an itemization)

810040 000004157 09CEN1 01064047

Douglas Kaltved
Jenna Kaltved
December 4, 2023
Page 2

Also enclosed are copies of the Note and  Mortgage that you signed at closing and a Loan History showing the activity on the account.

The Terms and Conditions of the loan remain unchanged and in full effect, and AmeriHome will continue to service the loan in accordance with the valid loan documents that were signed.

Should you have any questions regarding this matter, please contact me at 866-677-8807.

Sincerely,

*Bernardo S.*

Bernardo S.
Executive Resolution Analyst

Enclosures

810040  000004157  09CEN1  01064047

## MIN Summary

### Summary

| | | | |
|---|---|---|---|
| MIN | 1015827-1000000892-6 | MIN Status | **Deactivation-Assigned from MERS for Default or Bankruptcy** |
| Address | 15581 IODINE ST<br>RAMSEY, MN 55303 | | |
| MOM Indicator | MOM | Lien Type | First Lien |
| Reg Date | 12/29/2021 | | |
| County/Place | Anoka County | Owner Occupied | Yes |
| Primary Borrower | KALTVED, DOUGLAS | SSN | XXX-XX-XXXX |
| Co-Borrower | KALTVED, JENNA | SSN | XXX-XX-XXXX |
| Note Amount | $403,750.00 | Note Date | 12/28/2021 |
| Pool Number | MA4549 | Investor Loan Number | 4028594363 |
| Securitization | N/A | | |
| Servicer | 1009856 - AmeriHome Mortgage Company, LLC | Subservicer | 1000383 - Cenlar FSB |
| Investor | 1000130 - Fannie Mae | Interim Funder | N/A |
| Originating Organization | 1015827 - Onward Financing LLC | Custodian | N/A |
| Property Preservation Co. | 1007849 - Safeguard Properties - PPC | | |
| eNote Record | No | | |

### Pending Batches

| Batch Number | Transfer Type | Status | Transfer Date | Sale Date |
|---|---|---|---|---|
| | | No Data | | |

No Pending Batches

Milestones For 1015827-1000000892-6

*2 days after Oct 11, 2023 assignment*

| Description | Date | Initiating Organization / User | Milestone Information |
|---|---|---|---|
| Deactivate-Assigned from MERS for Default or Bankruptcy | 10/13/2023 | 1000383 Batch | Cenlar FSB | MIN Status: Deactivation-Assigned from MERS for Default or Bankruptcy |
| Transfer Beneficial Rights - Option 1 | 01/26/2022 | 1000130 Batch User ID | Fannie Mae | MIN Status: Active (Registered)<br>New Investor: 1000130 Fannie Mae<br>Old Investor: 1009836 AmeriHome Mortgage Company, LLC<br>Batch Number: 25573396<br>Transfer Date: 01/26/2022 |
| MIN Information Update | 01/20/2022 | 1000886 Batch | AmeriHome Mortgage Company, LLC | MIN Status: Active (Registered)<br>New Subservicer: 1000383 Cenlar FSB<br>Old Subservicer: None |
| Transfer of Flow TOS/TOB Servicing Rights | 01/19/2022 | 1015827 Erik Wirtner | Onward Financing LLC | MIN Status: Active (Registered)<br>New Investor: 1009836 AmeriHome Mortgage Company, LLC<br>Old Investor: 1015827 Onward Financing LLC<br>Batch Number: 25522224<br>Transfer Date: 01/18/2022 |
| Transfer of Flow TOS/TOB Servicing Rights | 01/19/2022 | 1015827 Erik Wirtner | Onward Financing LLC | MIN Status: Active (Registered)<br>New Servicer: 1009836 AmeriHome Mortgage Company, LLC<br>Old Servicer: 1015827 Onward Financing LLC<br>Batch Number: 25522224<br>Sale Date: 01/18/2022 |
| Registration | 11/29/2021 | 1015827 XML | Onward Financing LLC | MIN Status: Active (Registered)<br>Servicer: 1015827 Onward Financing LLC |

**ANOKA COUNTY MINNESOTA**

Document No.: 2400657.001  ABSTRACT
10/11/2023 10:01 AM
Fees/Taxes in the Amount of: $46.00
Pamela J. LeBlanc
Anoka County Property Records and Taxation
Property Tax Administrator and
Recorder/Registrar of Titles
Deputy: tlmullen

*Exhibit F*

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR ONWARD FINANCING, LLC, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, assign, transfer and set over the described Mortgage with all liens, and any rights due or to become due thereon to AMERIHOME MORTGAGE COMPANY, LLC, WHOSE ADDRESS IS 1 BAXTER WAY SUITE 300, THOUSAND OAKS, CA 91362, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage was dated 12/28/2021, executed by DOUGLAS KALTVED AND JENNA KALTVED, MARRIED TO EACH OTHER to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR ONWARD FINANCING, LLC, ITS SUCCESSORS AND ASSIGNS and filed for record on 12/29/2021 as Document # 2351066.002, in the office of the County recorder of ANOKA County, Minnesota.

Dated this 11th day of October in the year 2023
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR ONWARD FINANCING, LLC, ITS SUCCESSORS AND ASSIGNS

*MacKenzie Eichen*

MACKENZIE EICHEN
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA     COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 11th day of October in the year 2023, by Mackenzie Eichen as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR ONWARD FINANCING, LLC, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*Julie C Martens*

JULIE MARTENS
COMM EXPIRES: 5/22/2026

> JULIE MARTENS
> Notary Public · State of Florida
> Commission # HH 243030
> My Comm. Expires May 22, 2026
> Bonded through National Notary Assn.

Document Prepared By: Jennifer Zak/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Cenlar FSB C/O Nationwide Title Clearing, LLC, 2100 Alt. 19 North, Palm Harbor, FL 34683
CENAV 439333879 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) DEFAULT  MIN
101582710000008926 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR
T112310-12:19:57 [C-1]  EFRMMN1

*D0102937614*

Office of County Recorder/Registrar
County of Anoka, MN
I hereby certify that I have compared the within
instrument with the original instrument No.
_24006577.001___ now on file in my
office, and that it is a true and correct copy of
the same, and of the whole thereof, and that
the above is a true copy of the filing thereon.

Dated _____12/9/2025_____

_____Pamela J LeBlanc_____
County Recorder/Registrar

By _____ Deputy

AFFIDAVIT OF JENNA KALTVED

(Certification of Exhibit T – Onward Financing Non-Depository Status)


STATE OF MINNESOTA    )
                                             ) ss.
COUNTY OF ANOKA      )


I, Jenna Kaltved, being first duly sworn, depose and state:


1. I am a plaintiff in the above-captioned action.

2. The attached Exhibit T consists of screenshots from the FDIC BankFind database (data as of 12/13/2025) and NMLS Consumer Access database (2025) showing Onward Financing, LLC is not an FDIC-insured depository institution and is licensed only as a non-depository residential mortgage originator with no authority to fund loans with its own capital.

3. These screenshots are true and correct copies of the public records accessed on December 13, 2025.

Further affiant sayeth not.


_Jenna Kaltved_

Jenna Kaltved




Subscribed and sworn to before me

this 15th day of December, 2025.

_Robert Wagner_

Robert Wagner, Notary Public

My Commission Expires: 1-31-2028  (SEAL)

ROBERT D WAGNER
Notary Public
Minnesota
My Commission Expires 1/31/2028

# NMLS consumer access

## Onward Financing LLC

NMLS ID: 1635413

Street Address: 6130 Blue Circle Drive
Ste 200
Hopkins, MN 55343

Mailing Address: 6130 Blue Circle Drive
Ste 200
Hopkins, MN 55343

Phone: 952-484-2152
Toll-Free Number: Not provided
Fax: Not provided

Website: www.onwardfinancing.com
Email: jane@onwardfinancing.com

Other Trade Names : None

Prior Other Trade Names : Onward; Onward Financing; Onward Financing, LLC

Prior Legal Names : Onward Partners, LLC

Sponsored MLOs : 1

Fiscal Year End: 12/31   Formed in: Delaware, United States    Date Formed: 05/25/2017   Stock Symbol: None   Business Structure: Limited Liability Company

Regulatory Actions :  None posted in NMLS.

## Branch Locations  (0 Active, 1 Inactive)

## State Licenses/Registrations  (Displaying 1 Active of 8 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Minnesota** | Residential Mortgage Originator License | Yes | **Submit to Regulator** |

Lic/Reg #: MN-MO-1635413    Original Issue Date : 09/12/2017

Status : Approved    Status Date: 10/24/2019    Renewed Through : 2026

Other Trade Names used in Minnesota : None

**View Resident/Registered Agent(s) for Service of Process** ›

Regulatory Actions

While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access℠ is derived from NMLS (Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry), the financial services industry's online registration and licensing database. NMLS was created by the Conference of State Bank Supervisors (CSBS) and the American Association of Residential Mortgage Regulators (AARMR) and is owned and operated by the State Regulatory Registry LLC (SRR), a wholly owned subsidiary of CSBS. For more information about the System, please visit the NMLS Resource Center or the NMLS Federal Registry Resource Center websites. | Download PDF Reader

Home  >  Resources  >  Data Tools  >  BankFind Suite  >  Find Institutions by Name & Location

Help

 ‹ 🏛 BankFind Suite Home

# BankFind Suite: Find Institutions by Name & Location

The Name & Location Search allows you to find FDIC-insured banks and branches from today, to last year, and all the way back to 1934. All search fields are optional so be as general or as specific as you need to be.

Provide feedback or submit a question about this page.

## Search For Institutions

Data as of: 12/12/2025

**Name/Cert/Website**

Search Type
Bank Name

Onward

**Status**                                                                  ∧

Active & Inactive                                        ⊙

**Locations**                                                              ∧

Select State/Territory

County

City

Zip Code

☑ Include Branch Offices   ⊙

All fields are optional.

Reset

 Search

Download Results

# 1 Matching Result

## Selected Search Criteria

Active & Inactive Institutions        Name: Onward  

 Active Institutions - 1 Results

Inactive Institutions - 0 Results

Results Per Page    25    ▾        1        Go To Page

Order:

## Ohnward Bank & Trust



FDIC Insured    Since 01/01/1934

**FDIC Cert #**
10111

**Primary Regulator**
Federal Deposit Insurance
Corporation

**Headquarters Address**
332 1st Ave W
Cascade, IA 52033

**Primary Website**
www.ohnwardbank.bank

View Details        View All Locations

top of page ↑        1        Go To Page

AFFIDAVIT OF JENNA KALTVED

(Certification of Exhibit U – Onward Financing Dormancy Confirmation)


STATE OF MINNESOTA    )
                      ) ss.
COUNTY OF ANOKA    )

I, Jenna Kaltved, being first duly sworn, depose and state:

1. I am a plaintiff in the above-captioned action.

2. The attached Exhibit U consists of:

   a. Screenshot of text exchange with my former loan officer at Onward Financing, LLC (Bill Thompson), dated June 13, 2025, in which he confirmed "Onward folded."

   b. Screenshot of Bill Thompson's LinkedIn profile showing he left Onward Financing in January 2023 for Grove Bank & Trust.

   c. Printscreens from Yelp and Crunchbase showing Onward Financing listed as "permanently closed," accessed December 14, 2025, with URLs handwritten at the top.

3. These documents are true and correct copies of the public records and communications in my possession.

4. This evidence confirms Onward Financing, LLC ceased operations or became dormant after early 2023, before the October 11, 2023 MERS assignment (Exhibit F).

Further affiant sayeth not.

_Jenna Kaltved_

Jenna Kaltved


Subscribed and sworn to before me

this 15th day of December, 2025.

_Robert Wagner_

Robert Wagner, Notary Public

My Commission Expires: 1-31-2028   (SEAL)

ROBERT D WAGNER
Notary Public
Minnesota
My Commission Expires 1/31/2028



## Bill Thompson ⊘ · 2nd
Helping you build wealth with real estate!

© EDGE

- Edge Home Finance Corporation

Jenna, you aren't verified yet                                    ✕
Add a badge like Bill to show others your profile is authentic. Verified
members get 60% more profile views on average.

Verify now

Minnetonka, Minnesota, United States · Contact info

500+ connections

 Tami Jo Cabrera, Kelly Potratz, and 2 other mutual connections

( Message )   ( More )

## About

20 + years of mortgage originating, advising and planning.

My mission is to help people increase their net worth through home ownership.

...                                                                  ...see more

## Activity

731 followers

Bill Thompson commented on a post · 11mo

Congrats Mike! 🎉

Bill Thompson commented on a post · 11mo

Way to go Mike! Go get 'em!

Show all comments →

## Experience

© EDGE   **Chief Mortgage Strategist**
Edge Home Finance Corporation · Full-time
Mar 2024 - Present · 1 yr 10 mos
Minnetonka, Minnesota, United States · Hybrid

♡ Creative Problem Solving and Strategic Financial Planning

 **Certified Financial Coach**
Ramsey Solutions

Oct 2006 - 2 mos
Minnetonka, MN 55343

My mission is to to bring STABILITY, RELIABILITY and PREDICTABILITY into every household using a proven process of education, debt reduction, FIC...



**Senior Home Loan Consultant**
Grove Bank Mortgage
Jan 2023 - Apr 2024 · 1 yr 4 mos
Excelsior, Minnesota, United States · Hybrid

As a mortgage loan advisor, my goal is to understand the personal and financial needs of each client and help them achieve their goals t ...see more

**Senior Loan Consultant**
Onward Partners, LLC · Full-time
Apr 2018 - Jan 2023 · 4 yrs 10 mos
Minnetonka, MN

*Folded    January 2023*



**Loan Officer**
PrimeLending
Nov 2012 - Apr 2018 · 5 yrs 6 mos
Minneapolis, MN

Prepare people for the awesome opportunity of home ownership! Engage individuals and families in the art of finding the right mortgage that fits int...

Show all 8 experiences →

## Education

**Dave Ramsey Group**
Certified Financial Counselor, Financial Counseling
2009 - 2009

**University of Minnesota**
Bachelor's Degree, Business/Managerial Economics and Communications
1981 - 1985

Activities and societies: Varsity Baseball, Williams Scholar

Big Ten Champions Baseball 1982 and 1985.

Show all 3 educations →

## Licenses & certifications

**Certified Financial Coach/Counselor**
Dave Ramsey Organization
Issued Aug 2007

## Volunteering

**Financial Coaching**
Wooddale Church
Oct 2007 - Sep 2012 · 5 yrs
Education

Dave Ramsey Financial Peace Course

## Skills

**Creative Problem Solving**
Chief Mortgage Strategist at Edge Home Finance Corporation

**Mortgage**
1 endorsement

Hey there! We recently updated our Terms of Service & Privacy Policy. Please take a look.

Yelp.com/biz/onward-financing-minnetonka-2

Mo      Mi      Yelp for Business ⌄      Write a Review      Start a Pr

Restaurants ⌄      Home & Garden ⌄      Auto Services ⌄      Health & Beauty ⌄

# Onward Financing

Unclaimed ⓘ  •  **Mortgage Lenders**

Closed    See hours

📷 Add photos/videos      ⬆ Share      🔖 Save

**Do you recommend this business?**      Yes      No      Maybe

**Photos & videos**

⊞
**Add photo**

**Services Offered**   Verified by Business ⊘

Mortgage services

*crunchbase.com/organization/onward-financing*

# Onward Financing (closed)

**ONWARD**
FINANCING REDEFINED

Onward Financing is a full-service mortgage broker and lender firm.

⚠ Closed    📅 Founded    🏢 Private

📍 Minnetonka, Minnesota, United States    👥 11-50

🔗 onwardfinancing.com/

Finance    Financial Services    Lending    Mortgage

⚠ Onward Financing is permanently closed. If you feel this is an error, let us know.

## Overview

▭ **Heat Score**    ▭ Growth Score

Score
100

75

50

25

0
Sep 15                    Oct 15                    Nov 14

3M         🔒         🔒         🔒         🔒

ⓘ See more interactive data and historical milestones on desktop for the best experience

## Key People



**Rob Webb:** CEO
Past Role: UnitedHealth Group Ventures, President & Co-founder

9:29

5G



<     **Bill Thompson ...**    ⌄    ⋮

10:30 AM   **perfect!**

10:49 AM   **we're ready**

Friday, June 13

Delivered
3:05 PM   **Hey, are you still with Onward?**

Hi Jenna.  No.
Onward folded.
I'm still in the
mortgage
business though.
I'm with Edge
Home Finance
now.

3:12 PM



**Gotcha, can you**

       ☺ 

|||     ○     <

AFFIDAVIT OF JENNA KALTVED

(Certification of Exhibit S – Closing Disclosure)

STATE OF MINNESOTA  )
                     ) ss.
COUNTY OF ANOKA     )

I, Jenna Kaltved, being first duly sworn, depose and state:

1. I am a plaintiff in the above-captioned action.

2. The attached Exhibit S is a true and correct copy of the Closing Disclosure for my December 28, 2021 loan closing with Onward Financing, LLC (loan #R110892).

3. The document shows "Funds for Borrower $0.00," confirming no defendant advanced actual funds to Plaintiffs. *Page 3 of 5 Closing Disclosure*

Further affiant sayeth not.

_Jenna Kaltved_
Jenna Kaltved

Subscribed and sworn to before me
this 15th day of December, 2025.

_Robert Wagner_
Robert Wagner, Notary Public

My Commission Expires: 1-31-2028 (SEAL)

ROBERT D WAGNER
Notary Public
Minnesota
My Commission Expires 1/31/2028

# Closing Disclosure

*This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.*

## Closing Information

| | |
|---|---|
| Date Issued | 12/28/2021 |
| Closing Date | 12/28/2021 |
| Disbursement Date | 12/28/2021 |
| Settlement Agent | PARTNERS TITLE, LLC |
| File # | MN65785 |
| Property | 15581 IODINE STREET NORTHWEST RAMSEY, MN 55303 |
| Sale Price | $425,000 |

## Transaction Information

| | |
|---|---|
| Borrower | DOUGLAS KALTVED and JENNA KALTVED 11988 UTAH AVE N CHAMPLIN, MN 55316 |
| Seller | OPENDOOR PROPERTY TRUST I, A DELAWARE STATUTORY TRUST 410 N SCOTTSDALE ROAD, SUITE 1600 TEMPE, AZ 85281 |
| Lender | ONWARD FINANCING, LLC |

## Loan Information

| | |
|---|---|
| Loan Term | 30 years |
| Purpose | Purchase |
| Product | Fixed Rate |
| Loan Type | ☒Conventional ☐FHA ☐VA ☐_____ |
| Loan ID # | R110892 |
| MIC # | 6476565150 |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $403,750 | NO |
| Interest Rate | 3.5% | NO |
| Monthly Principal & Interest | $1,813.02 | NO |
| *See Projected Payments below for your Estimated Total Monthly Payment* | | |
| | | Does the loan have these features? |
| Prepayment Penalty | | NO |
| Balloon Payment | | NO |

## Projected Payments

| Payment Calculation | Years 1-9 | Years 10-30 |
|---|---|---|
| Principal & Interest | $1,813.02 | $1,813.02 |
| Mortgage Insurance | + 275.90 | + — |
| Estimated Escrow *Amount can increase over time See page 4 for details* | + 412.69 | + 412.69 |
| Estimated Total Monthly Payment | $2,501.61 | $2,225.71 |

| Estimated Taxes, Insurance & Assessments *Amount can increase over time See page 4 for details* | $412.69 a month | This estimate includes ☒ Property Taxes ☒ Homeowner's Insurance ☐ Other: *See Escrow Account on page 4 for details. You must pay for other property costs separately.* | In escrow? YES YES |
|---|---|---|---|

## Costs at Closing

| Closing Costs | $19,217.89 | Includes $9,212.70 in Loan Costs + $10,245.49 in Other Costs – $240.30 in Lender Credits. See page 2 for details. |
|---|---|---|
| Cash to Close | $22,546.72 | Includes Closing Costs. *See Calculating Cash to Close on page 3 for details.* |

CLOSING DISCLOSURE
IDS, Inc. - 67658

## Closing Cost Details

| | Borrower-Paid | | Seller-Paid | | Paid by Others |
|---|---|---|---|---|---|
| | At Closing | Before Closing | At Closing | Before Closing | |
| **Loan Costs** | | | | | |
| **A. Origination Charges** | $6,107.70 | | | | |
| 01 1.192% of Loan Amount (Points) | $4,812.70 | | | | |
| 02 UNDERWRITING FEE | $1,295.00 | | | | |
| 03 | | | | | |
| 04 | | | | | |
| 05 | | | | | |
| 06 | | | | | |
| **B. Services Borrower Did Not Shop For** | $1,116.00 | | | | |
| 01 APPRAISAL FEE to GUIDELINE A DIVISION OF NATIONWIDE PROPERTY & APPRAISAL | | $710.00 | | | |
| 02 CREDIT REPORT FEE to ONWARD FINANCING FBO FACTUAL DATA | $97.00 | | | | |
| 03 DOCUMENT PREPARATION FEE to ONWARD FINANCING FBO SLG | $295.00 | | | | |
| 04 FLOOD CERTIFICATION to ONWARD FINANCING FBO FACTUAL DATA | $14.00 | | | | |
| 05 | | | | | |
| 06 | | | | | |
| 07 | | | | | |
| 08 | | | | | |
| 09 | | | | | |
| 10 | | | | | |
| **C. Services Borrower Did Shop For** | $1,989.00 | | | | |
| 01 TITLE - EXAMINATION FEE to PARTNERS TITLE, LLC | $150.00 | | | | |
| 02 TITLE - LENDERS COVERAGE PREMIUM to PARTNERS TITLE, LLC | $1,059.00 | | | | |
| 03 TITLE - SETTLEMENT FEE to PARTNERS TITLE, LLC | $325.00 | | | | |
| 04 TITLE - TITLE SERVICES to PARTNERS TITLE, LLC | $455.00 | | | | |
| 05 | | | | | |
| 06 | | | | | |
| 07 | | | | | |
| 08 | | | | | |
| **D. TOTAL LOAN COSTS (Borrower-Paid)** | $9,212.70 | | | | |
| Loan Costs Subtotals (A + B + C) | $8,502.70 | $710.00 | | | |
| **Other Costs** | | | | | |
| **E. Taxes and Other Government Fees** | $1,209.62 | | | | |
| 01 Recording Fees      Deed: $46.00      Mortgage: $46.00 | $281.00 | | | | |
| 02 TRANSFER TAXES to ANOKA COUNTY TAX COLLECTOR | $928.62 | | | $1,445.00 | |
| 03 TRANSFER TAXES to ANOKA COUNTY TAX COLLECTOR | | | | | |
| **F. Prepaids** | $1,540.28 | | | | |
| 01 Homeowner's Insurance Premium (12 mo.) to BADGER MUTUAL INSURANCE | $1,385.42 | | | | |
| 02 Mortgage Insurance Premium (   mo.) | | | | | |
| 03 Prepaid Interest ($38.7158 per day from 12/28/2021 to 1/1/2022) | $154.86 | | | | |
| 04 Property Taxes (   mo.) | | | | | |
| 05 | | | | | |
| **G. Initial Escrow Payment at Closing** | $1,238.03 | | | | |
| 01 Homeowner's Insurance      $115.45  per month for   3  mo. | $346.35 | | | | |
| 02 Mortgage Insurance      per month for     mo. | | | | | |
| 03 Property Taxes      $297.24  per month for   5  mo. | $1,486.20 | | | | |
| 04 | | | | | |
| 05 | | | | | |
| 06 | | | | | |
| 07 | − $594.52 | | | | |
| 08 Aggregate Adjustment | | | | | |
| **H. Other** | $6,257.56 | | | | |
| 01 FURNACE STATEMENT to FOUNDATION FINANCE COMPANY | $5,534.06 | | | | |
| 02 REAL ESTATE AGENT ADMIN FEE - PAID TO AGENT to KELLER WILLIAMS PREMIER | $495.00 | | | | |
| 03 REAL ESTATE COMMISSION BUYER'S BROKER to KELLER WILLIAMS PREMIER REALTY | | | | $10,625.00 | |
| 04 REAL ESTATE COMMISSION SELLER'S BROKER to OPENDOOR BROKERAGE LLC - NO | | | | | |
| 05 TITLE - OWNER'S TITLE INSURANCE (OPTIONAL) to PARTNERS TITLE, LLC | $228.50 | | | | |
| 06 | | | | | |
| 07 | | | | | |
| 08 | | | | | |
| **I. TOTAL OTHER COSTS (Borrower-Paid)** | $10,245.49 | | | | |
| Other Costs Subtotals (E + F + G + H) | $10,245.49 | | | | |
| **J. TOTAL CLOSING COSTS (Borrower-Paid)** | $19,217.89 | | | | |
| Closing Costs Subtotals (D + I) | $18,748.19 | $710.00 | $12,070.00 | | |
| Lender Credits (Includes $240.30 credit for increase in Closing Costs above legal limit) | − $240.30 | | | | |

CLOSING DISCLOSURE
IDS, Inc - 67658

## Calculating Cash to Close

Use this table to see what has changed from your Loan Estimate.

| | Loan Estimate | Final | Did this change? |
|---|---|---|---|
| Total Closing Costs (J) | $14,873 | $19,217.89 | YES • See Total Loan Costs (D) and Total Other Costs (I)<br>• Increase exceeds legal limits by $240.30. See Lender Credits on page 2 for credit of excess amount. |
| Closing Costs Paid Before Closing | $0 | −$710.00 | YES • You paid these Closing Costs before closing |
| Closing Costs Financed<br>(Paid from your Loan Amount) | $0 | $0 | NO |
| Down Payment/Funds from Borrower | $21,250 | $21,250.00 | NO |
| Deposit | −$4,500 | −$4,500.00 | NO |
| Funds for Borrower | $0 | $0 | NO |
| Seller Credits | −$14,144 | −$12,750.00 | YES • See Seller-Paid column on page 2 and Seller Credits in Section L |
| Adjustments and Other Credits | $0 | $38.83 | YES • See details in Section K |
| Cash to Close | $17,479 | $22,546.72 | |

## Summaries of Transactions

Use this table to see a summary of your transaction.

| BORROWER'S TRANSACTION | | SELLER'S TRANSACTION | |
|---|---|---|---|
| K. Due from Borrower at Closing | $443,546.72 | M. Due to Seller at Closing | |
| 01 Sale Price of Property | $425,000.00 | 01 Sale Price of Property | |
| 02 Sale Price of Any Personal Property Included in Sale | | 02 Sale Price of Any Personal Property Included in Sale | |
| 03 Closing Costs Paid at Closing (J) | $18,507.89 | 03 | |
| 04 | | 04 | |
| Adjustments | | 05 | |
| 05 | | 06 | |
| 06 | | 07 | |
| 07 | | 08 | |
| Adjustments for Items Paid by Seller in Advance | | Adjustments for Items Paid by Seller in Advance | |
| 08 City/Town Taxes          to | | 09 City/Town Taxes          to | |
| 09 County Taxes   12/28/21 to 1/1/22 | $38.83 | 10 County Taxes          to | |
| 10 Assessments          to | | 11 Assessments          to | |
| 11 | | 12 | |
| 12 | | 13 | |
| 13 | | 14 | |
| 14 | | 15 | |
| 15 | | 16 | |
| L. Paid Already by or on Behalf of Borrower at Closing | $421,000.00 | N. Due from Seller at Closing | |
| 01 Deposit | $4,500.00 | 01 Excess Deposit | |
| 02 Loan Amount | $403,750.00 | 02 Closing Costs Paid at Closing (J) | |
| 03 Existing Loan(s) Assumed or Taken Subject to | | 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 | | 04 Payoff of First Mortgage Loan | |
| 05 Seller Credit | $12,750.00 | 05 Payoff of Second Mortgage Loan | |
| Other Credits | | 06 | |
| 06 | | 07 | |
| 07 | | 08 Seller Credit | |
| Adjustments | | 09 | |
| 08 | | 10 | |
| 09 | | 11 | |
| 10 | | 12 | |
| 11 | | 13 | |
| Adjustments for Items Unpaid by Seller | | Adjustments for Items Unpaid by Seller | |
| 12 City/Town Taxes          to | | 14 City/Town Taxes          to | |
| 13 County Taxes          to | | 15 County Taxes          to | |
| 14 Assessments          to | | 16 Assessments          to | |
| 15 | | 17 | |
| 16 | | 18 | |
| 17 | | 19 | |
| CALCULATION | | CALCULATION | |
| Total Due from Borrower at Closing (K) | $443,546.72 | Total Due to Seller at Closing (M) | |
| Total Paid Already by or on Behalf of Borrower at Closing (L) | −$421,000.00 | Total Due from Seller at Closing (N) | |
| Cash to Close [X] From ☐ To Borrower | $22,546.72 | Cash ☐ From ☐ To Seller | |

CLOSING DISCLOSURE

IDS, Inc. - 67658

# Additional Information About This Loan

## Loan Disclosures

### Assumption

If you sell or transfer this property to another person, your lender
☐ will allow, under certain conditions, this person to assume this loan
on the original terms.
☒ will not allow assumption of this loan on the original terms.

### Demand Feature

Your loan
☐ has a demand feature, which permits your lender to require early
repayment of the loan. You should review your note for details.
☒ does not have a demand feature.

### Late Payment

If your payment is more than *15 days* late, your lender will charge a late
fee of *5% of the monthly principal and interest payment.*

### Negative Amortization (Increase in Loan Amount)

Under your loan terms, you
☐ are scheduled to make monthly payments that do not pay all of the
interest due that month. As a result, your loan amount will increase
(negatively amortize), and your loan amount will likely become larger
than your original loan amount. Increases in your loan amount lower
the equity you have in this property.
☐ may have monthly payments that do not pay all of the interest due
that month. If you do, your loan amount will increase (negatively
amortize), and, as a result, your loan amount may become larger
than your original loan amount. Increases in your loan amount lower
the equity you have in this property.
☒ do not have a negative amortization feature.

### Partial Payments

Your lender
☐ may accept payments that are less than the full amount due (partial
payments) and apply them to your loan.
☐ may hold them in a separate account until you pay the rest of the
payment, and then apply the full payment to your loan.
☒ does not accept any partial payments.
If this loan is sold, your new lender may have a different policy.

### Security Interest

You are granting a security interest in
*15581 IODINE STREET NORTHWEST, RAMSEY, MN 55303*

You may lose this property if you do not make your payments or satisfy
other obligations for this loan.

### Escrow Account

*For now,* your loan
☒ will have an escrow account (also called an "impound" or "trust"
account) to pay the property costs listed below. Without an escrow
account, you would pay them directly, possibly in one or two large
payments a year. Your lender may be liable for penalties and interest
for failing to make a payment.

| Escrow | | |
|---|---|---|
| Escrowed Property Costs over Year 1 | $8,263.08 | Estimated total amount over year 1 for your escrowed property costs: *Property Taxes* *Homeowner's Insurance* *MORTGAGE INSURANCE* |
| Non-Escrowed Property Costs over Year 1 | | Estimated total amount over year 1 for your non-escrowed property costs: You may have other property costs. |
| Initial Escrow Payment | $1,238.03 | A cushion for the escrow account you pay at closing. See Section G on page 2. |
| Monthly Escrow Payment | $688.59 | The amount included in your total monthly payment. |

☐ will not have an escrow account because ☐ you declined it ☐ your
lender does not offer one. You must directly pay your property costs,
such as taxes and homeowner's insurance. Contact your lender to
ask if your loan can have an escrow account.

| No Escrow | |
|---|---|
| Estimated Property Costs over Year 1 | Estimated total amount over year 1. You must pay these costs directly, possibly in one or two large payments a year. |
| Escrow Waiver Fee | |

*In the future,*

Your property costs may change and, as a result, your escrow payment
may change. You may be able to cancel your escrow account, but if you
do, you must pay your property costs directly. If you fail to pay your
property taxes, your state or local government may (1) impose fines
and penalties or (2) place a tax lien on this property. If you fail to pay
any of your property costs, your lender may (1) add the amounts to
your loan balance, (2) add an escrow account to your loan, or (3)
require you to pay for property insurance that the lender buys on your
behalf, which likely would cost more and provide fewer benefits than
what you could buy on your own.

CLOSING DISCLOSURE
IDS, Inc. - 67658

PAGE 4 OF 5 • LOAN ID # R110892

# Closing Disclosure Addendum

Date Issued        12/28/2021

| | Borrower-Paid | | Seller-Paid | | Paid by Others |
|---|---|---|---|---|---|
| | At Closing | Before Closing | At Closing | Before Closing | |
| Itemization of Recording Fees (From E01) | $281.00 | | | | |
| MINNESOTA CONSERVATION FEE to STATE OF MINNESOTA | $5.00 | | | | |
| RECORDING FEE FOR DEED to ANOKA COUNTY CLERK OF COURT | $46.00 | | | | |
| RECORDING FEE FOR MORTGAGE to ANOKA COUNTY CLERK OF COURT | $46.00 | | | | |
| RECORDING FEES FOR POA'S to ANOKA COUNTY CLERK OF COURT | $184.00 | | | | |

## Confirm Receipt - Addendum

By signing, you are only confirming that you have received the Closing Disclosure and this Closing Disclosure Addendum. You do not have to accept this loan because you have signed or received these forms.

_____          _____          _____          _____
DOUGLAS KALTVED                          Date                JENNA KALTVED                            Date

CLOSING DISCLOSURE ADDENDUM
IDS, Inc. - 67658

## Loan Calculations

| | |
|---|---|
| **Total of Payments.** Total you will have paid after you make all payments of principal, interest, mortgage insurance, and loan costs, as scheduled. | $689,367.67 |
| **Finance Charge.** The dollar amount the loan will cost you. | $283,601.67 |
| **Amount Financed.** The loan amount available after paying your upfront finance charge. | $396,398.44 |
| **Annual Percentage Rate (APR).** Your costs over the loan term expressed as a rate. This is not your interest rate. | 4.139% |
| **Total Interest Percentage (TIP).** The total amount of interest that you will pay over the loan term as a percentage of your loan amount. | 61.694% |

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

## Other Disclosures

**Appraisal**
If the property was appraised for your loan, your lender is required to give you a copy at no additional cost at least 3 days before closing. If you have not yet received it, please contact your lender at the information listed below.

**Contract Details**
See your note and security instrument for information about
- what happens if you fail to make your payments,
- what is a default on the loan,
- situations in which your lender can require early repayment of the loan, and
- the rules for making payments before they are due.

**Liability after Foreclosure**
If your lender forecloses on this property and the foreclosure does not cover the amount of unpaid balance on this loan,
[X] state law may protect you from liability for the unpaid balance. If you refinance or take on any additional debt on this property, you may lose this protection and have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information.
[ ] state law does not protect you from liability for the unpaid balance.

**Refinance**
Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan.

**Tax Deductions**
If you borrow more than this property is worth, the interest on the loan amount above this property's fair market value is not deductible from your federal income taxes. You should consult a tax advisor for more information.

## Contact Information

| | Lender | Mortgage Broker | Real Estate Broker (B) | Real Estate Broker (S) | Settlement Agent |
|---|---|---|---|---|---|
| **Name** | ONWARD FINANCING, LLC | | KELLER WILLIAMS PREMIER REALTY LAKE MINNETONKA | OPENDOOR BROKERAGE LLC | PARTNERS TITLE, LLC |
| **Address** | 6130 BLUE CIRCLE DRIVE, SUITE 200 MINNETONKA, MN 55343 | | 13100 WAYZATA BLVD, SUITE 400 MINNETONKA, MN 55305 | 7760 FRANCE AVENUE SOUTH, SUITE 1100 EDINA, MN 55435 | 3601 MINNESOTA DRIVE, SUITE 675 BLOOMINGTON, MN 55435 |
| **NMLS ID** | 1635413 | | | | 20394566 |
| **MN License ID** | MN-MO-1635413 | | 40235207 | 40565854 | |
| **Contact** | BILL THOMPSON | | COLLEEN SCHULTZ | AMBER BROADWAY | COLLEEN GOULET |
| **Contact NMLS ID** | 384815 | | | | 20170628 |
| **Contact MN License ID** | MN-MLO-384815 | | 20452824 | 40688455 | |
| **Email** | Bill@onwardfinancing.com | | colleenschultz@kw.com | abroadway@opendoor.com | colleen@partnerstitleco.com |
| **Phone** | 612-414-3739 | | 952-221-5215 | 281-533-8351 | 952-698-9300 |

## Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

| _(signature)_ | 12/28/2025 | _(signature)_ Jenna Kaltved | 12/28/2025 |
|---|---|---|---|
| DOUGLAS KALTVED | Date | JENNA KALTVED | Date |

CLOSING DISCLOSURE
IDS, Inc. - 67658

PAGE 5 OF 5 • LOAN ID # R110892

| American Land Title Association | | | ALTA Settlement Statement - Borrower |
| --- | --- | --- | --- |
| | | | Adopted 05-01-2015 |

File No./Escrow No.: MN65785
Print Date & Time: 12/28/2021 3:07:56 PM
Officer/Escrow Officer: Colleen Goulet

Partners Title, LLC
3601 Minnesota Drive
Suite 675
Bloomington, MN 55435
(952) 698-9300

**P|T**
PARTNERS TITLE

Property Address: 15581 IODINE ST. NW
RAMSEY, MN 55303 (ANOKA)
(23-32-25-11-0020)

Borrower: DOUGLAS KALTVED AND JENNA KALTVED
11988 Utah Ave. N.
Champlin, MN 55316

Seller: OPENDOOR PROPERTY TRUST I, A DELAWARE STATUTORY TRUST

Lender: Onward Financing
6130 Blue Circle Drive, Suite 200, Minnetonka, MN 55343

Settlement Date: 12/28/2021
Disbursement Date: 12/28/2021

| | | Borrower | |
| --- | --- | --- | --- |
| Description | P.O.C. | Debit | Credit |
| | | | |
| **Deposits, Credits, Debits** | | $425,000.00 | |
| Sale Price of Property | | | $4,500.00 |
| Deposit | | | $12,750.00 |
| Seller Paid Closing Costs - 3% of Sale Price | | | $240.30 |
| Lender Credit from Onward Financing | | | |
| **Prorations** | | $38.83 | |
| County Taxes 12/28/2021 to 1/1/2022 @ $3,542.80/Year | | | |
| **Commissions** | | $495.00 | |
| Broker Admin Commission - Selling to Keller Williams Premier Realty Lake Minnetonka | | | |
| **New Loans** | | | $403,750.00 |
| Loan Amount | | $4,812.70 | |
| 1.1920%  of Loan Amount (Points) | $710.00 | | |
| Appraisal Fee to Guideline, a Division of Nationwide Property & Appraisal | | $97.00 | |
| Credit Report to Onward Financing FBO Factual Data | | $295.00 | |
| Document Preparation Fee to Onward Financing FBO SLG | | $14.00 | |
| Flood certification to Onward Financing FBO Factual Data | | $154.66 | |
| Prepaid Interest ( 38.7158 per day from 12/28/2021 to 1/1/2022 ) | | $1,385.42 | |
| Homeowner's Insurance Premium ( 12 mo.) to Badger Mutual Insurance | | $346.35 | |
| Homeowner's Insurance $115.45 per month for 3 mo. | | $1,486.20 | |
| Property Taxes    $297.24 per month for 5 mo. | | -$594.52 | |
| Aggregate Adjustment | | $1,295.00 | |
| Underwriting Fee to Onward Financing | | | |
| **Title Charges** | | $1,059.00 | |
| Title - Lender's Title Insurance to Partners Title, LLC | | $228.50 | |
| Title - Owner's Title Insurance (Optional EXCEPT FOR CASH Transactions) to Partners Title, LLC (Stewart Title Guaranty Company: $34.28) | | | |
| Title - ALTA 8.1  Environmental Protection Lien Endorsement(s) to Partners Title, LLC | | | |
| Title - ALTA 9 Restrictions, Encroachments, Minerals Endorsement(s) to Partners Title, LLC | | $325.00 | |
| Title - Settlement or Closing Fee  to Partners Title, LLC | | $150.00 | |
| Title - Title Exam Fee to Partners Title, LLC | | $455.00 | |
| Title - Title Services to Partners Title, LLC | | | |
| **Government Recording and Transfer Charges** | | $5.00 | |
| Conservation Fee to To Recording Acct    $10.00 | | $46.00 | |
| Recording fees: Deed $46.00 | | $46.00 | |
| Mortgage $46.00 | | $928.62 | |
| State Mortgage Tax/Stamps to To Recording Acct | | $184.00 | |
| Record POA and Affidavits x 2 to To Recording Acct    $184.00 | | | |
| **Additional Settlement Charges** | | $5,534.06 | |
| Furnace Statement to Foundation Fnance Company | P.O.C. | Debit | Credit |
| | $710.00 | $443,787.02 | $421,240.30 |
| | | | $22,546.72 |
| **Subtotals** | $710.00 | $443,787.02 | $443,787.02 |
| Due From Borrower | | | |
| **Totals** | | | |

File # MN65785

Printed on 12/28/2021 at 3:07 PM

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Partners Title, LLC to cause the funds to be disbursed in accordance with this statement.

BORROWER(S)

_____

DOUGLAS KALTVED

_____

JENNA KALTVED

SETTLEMENT COORDINATOR

Colleen Goulet

File # MN65785

Printed on 12/28/2021 at 3:07 PM

Exhibit I

ANOKA COUNTY MINNESOTA
Document No.: 2442295.004  ABSTRACT
07/01/2025 11:11 AM
Fees/Taxes in the Amount of: $46.00
Pamela J. LeBlanc
Anoka County Property Records and Taxation
Property Tax Administrator and
Recorder/Registrar of Titles
Deputy:  kziembo
Transfer Entered

## SHERIFF'S CERTIFICATE OF SALE AND FORECLOSURE RECORD

### MORTGAGE DOCUMENT #2351066.002

DRAFTED BY:
Wilford, Geske & Cook, P.A.
7616 Currell Boulevard, Suite 200
Woodbury, MN 55125
FILE NUMBER: 056420-F1

SEND TAX STATEMENTS TO:
AmeriHome Mortgage Company, LLC
9726 Old Bailes Road, Ste 200
Fort Mill, SC 29707
Parcel Number: 23-32-25-11-0020

## AFFIDAVIT OF PUBLICATION

STATE OF MINNESOTA  ) ss
COUNTY OF ANOKA

I do solemnly swear that the notice, as per the proof, was published in the edition of the

Anoka County Union Herald

with the known office of issue being located in the county of:
ANOKA
with additional circulation in the counties of:
ANOKA
and has full knowledge of the facts stated below:

(A) The newspaper has complied with all of the requirements constituting qualification as a qualified newspaper as provided by Minn. Stat. §331A.02.

(B) This Public Notice was printed and published in said newspaper(s) once each week, for 6 successive week(s); the first insertion being on 05/16/2025 and the last insertion being on 06/20/2025.

### MORTGAGE FORECLOSURE NOTICES
Pursuant to Minnesota Stat. §580.033 relating to the publication of mortgage foreclosure notices: The newspaper complies with the conditions described in §580.033, subd. 1, clause (1) or (2). If the newspaper's known office of issue is located in a county adjoining the county where the mortgaged premises or some part of the mortgaged premises described in the notice are located, a substantial portion of the newspaper's circulation is in the latter county.

By: _____
Designated Agent

Subscribed and sworn to or affirmed before me on 06/20/2025

_____
Notary Public



Darlene Marie MacPherson
Notary Public
Minnesota
My Commission Expires Jan. 31, 2029

Rate Information:
(I) Lowest classified rate paid by commercial users for comparable space:
$999.99 per column inch

Ad ID 1470266

---

### NOTICE OF MORTGAGE FORECLOSURE SALE

NOTICE IS HEREBY GIVEN that default has occurred in the conditions of the following described mortgage:
DATE OF MORTGAGE:
December 28, 2021
ORIGINAL PRINCIPAL AMOUNT OF MORTGAGE: $403,750.00
MORTGAGOR(S):
Douglas Kaltved and Jenna Kaltved,
married to each other
MORTGAGEE: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for Onward Financing, LLC, its successors and assigns
DATE AND PLACE OF RECORDING:
Recorded: December 29, 2021
Anoka County Recorder
Document Number:
2351099.002
ASSIGNMENTS OF MORTGAGE:
And assigned to: AmeriHome Mortgage Company, LLC
Dated: October 11, 2023
Recorded: October 11, 2023
Anoka County Recorder
Document Number:
2400857.001
Transaction Agent: Mortgage Electronic Registration Systems, Inc.
Transaction Agent Mortgage Identification Number:
100682710000008926
Lender/Broker/Mortgage Originator: Onward Financing, LLC
Residential Mortgage Servicer: Cenlar FSB
COUNTY IN WHICH PROPERTY IS LOCATED: Anoka
Property Address:
15581 Iodine Street Northwest, Ramsey, MN 55303
Tax Parcel ID Number:
23-32-25-11-0020
LEGAL DESCRIPTION OF PROPERTY:
Lot 6, Block 2, Wildlife Sanctuary Second Addition, Anoka County, Minnesota
AMOUNT DUE AND CLAIMED TO BE DUE AS OF DATE OF NOTICE: $440,665.35
THAT all pre-foreclosure requirements have been complied with; that no action or proceeding has been instituted at law or otherwise to recover the debt secured by said mortgage, or any part thereof;
PURSUANT to the power of sale contained in said mortgage, the above-described property will be sold by the Sheriff of said county as follows:
DATE AND TIME OF SALE:
July 01, 2025 at 10:00 AM
PLACE OF SALE:
County Sheriff's office,
13301 Hanson Boulevard NW, Andover, Minnesota
to pay the debt secured by said mortgage and taxes, if any, on said premises and the costs and disbursements, including attorney fees allowed by law, subject to redemption within six (6) months from the date of said sale by the mortgagor(s), their personal representatives or assigns.
If the Mortgage is not reinstated under Minn. Stat. §580.30 or the property is not redeemed under

---

Minn. Stat. §580.23, the Mortgagor must vacate the property on or before 11:59 p.m. on January 02, 2026, or the next business day if January 02, 2026 falls on a Saturday, Sunday or legal holiday.
Mortgagor(s) released from financial obligation: NONE
THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
THE RIGHT TO VERIFICATION OF THE DEBT AND IDENTITY OF THE ORIGINAL CREDITOR WITHIN THE TIME PROVIDED BY LAW IS NOT AFFECTED BY THIS ACTION.
THE TIME ALLOWED BY LAW FOR REDEMPTION BY THE MORTGAGOR, THE MORTGAGOR'S PERSONAL REPRESENTATIVES OR ASSIGNS, MAY BE REDUCED TO FIVE WEEKS IF A JUDICIAL ORDER IS ENTERED UNDER MINNESOTA STATUTES, SECTION 582.032, DETERMINING, AMONG OTHER THINGS, THAT THE MORTGAGED PREMISES ARE IMPROVED WITH A RESIDENTIAL DWELLING OF LESS THAN FIVE UNITS, ARE NOT PROPERTY USED IN AGRICULTURAL PRODUCTION, AND ARE ABANDONED.
DATED: May 13, 2025
MORTGAGEE: AmeriHome Mortgage Company, LLC
Wilford, Geske & Cook, P.A.
Attorneys for Mortgagee
7616 Currell Boulevard, Suite 200
Woodbury, MN 55125
(651) 209-3300
File Number: 056420-F1

Published in the
Anoka County UnionHerald
May 16, 23, 30,
June 6, 13, 20, 2025
1470266

Affidavit of Service

---

State of Minnesota
County of Ramsey
(County where Affidavit signed)

David J. Lunda, Being duly sworn, on oath says: that on the 19th  day of May, 2025
at 10:54am he served 3 copies of the following: Notice of Mortgage Foreclosure
Sale; Homestead Designation Notice; Foreclosure-Advice to Tenants; Help for
Homeowners in Foreclosure Notice; Notice of Redemption Rights on Property
Occupant, Douglas Kaltved, personally at 15581 Iodine Street Northwest, Ramsey
55303  , County of Anoka, State of Minnesota, by handing to and leaving with
property occupant Douglas Kaltved a true and correct copy thereof.

Subscribed and Sworn Before Me this
19th Day of May, 2025 by David J. Lunda

Notary Public

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

Drafted By:
Twin City Process Service, LLC
5416 Jefferson Court
St. Paul MN 55110

Wilford, Geske & Cook P.A.
File # 056420-F1

Affidavit of Service

---

State of Minnesota
County of Ramsey
(County where Affidavit signed)

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2025 at 10:54am he served the following: Notice of Mortgage Foreclosure Sale; Homestead Designation Notice; Foreclosure-Advice to Tenants; Help for Homeowners in Foreclosure Notice; Notice of Redemption Rights on Property Occupant, Jenna Kaltved, personally at her usual place of abode 15581 Iodine Street Northwest, Ramsey 55303  , County of Anoka, State of Minnesota, by handing to and leaving with property occupant Douglas Kaltved, resident, a person of suitable age and discretion residing therein a true and correct copy thereof.

Subscribed and Sworn Before Me this

_____ Day of May, 2025 by David J. Lunda

Notary Public

> RUTH ANN ELIZABETH LUNDA
> Notary Public
> State of Minnesota
> My Commission Expires
> January 31, 2026

Drafted By:
Twin City Process Service, LLC
5416 Jefferson Court
St. Paul MN 55110

Wilford, Geske & Cook P.A.
File # 056420-F1

SHERIFF'S CERTIFICATE OF SALE AND FORECLOSURE RECORD

SHERIFF'S CERTIFICATE OF SALE

STATE OF MINNESOTA

COUNTY OF ANOKA

I, Brad Wise, Sheriff of the County of Anoka, State of Minnesota, do hereby certify that pursuant to the printed Notice of Foreclosure sale hereto attached and the power of sale contained in the following described mortgage:

DATE OF MORTGAGE: December 28, 2021

MORTGAGOR(S): Douglas Kaltved and Jenna Kaltved, married to each other

MORTGAGEE: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for Onward Financing, LLC, its successors and assigns, its successors and assigns

DATE AND PLACE OF RECORDING:
Recorded: December 29, 2021 Anoka County Recorder
Document Number: 2351066.002

ASSIGNMENTS OF MORTGAGE:
And assigned to: AmeriHome Mortgage Company, LLC
Dated: October 11, 2023
Recorded: October 11, 2023 Anoka County Recorder
Document Number: 2400657.001

Transaction Agent: Mortgage Electronic Registration Systems, Inc.
Transaction Agent Mortgage Identification Number: 101582710000008926
Lender/Broker/Mortgage Originator: Onward Financing, LLC
Residential Mortgage Servicer: ServiceMac, LLC

COUNTY IN WHICH PROPERTY IS LOCATED: Anoka
Property Address: 15581 Iodine Street Northwest, Ramsey, MN 55303
Tax Parcel ID Number: 23-32-25-11-0020

I did, at the time and place in said notice specified:

DATE AND TIME OF SALE: July 01, 2025 10:00 AM

PLACE OF SALE: County Sheriff's office, 13301 Hanson Boulevard NW, Andover, Minnesota

offer for sale and sell at public auction to the highest bidder and best bidder, the tract of land described as follows, to wit:

Lot 6, Block 2, Wildlife Sanctuary Second Addition, Anoka County, Minnesota

and did strike off and sell the same to: AmeriHome Mortgage Company, LLC

for the sum of: $342,100.00

said purchaser being the highest bidder and said sum being the highest and best bid offered therefore and that said sale was in all respects openly, honestly, fairly, and lawfully conducted, and the time allowed for redemption by the mortgagor(s), their personal representatives or assigns is six (6) months from the date of said sale.

Interest rate on the date of sale: 3.50000%

IN TESTIMONY WHEREOF, I have hereunto set my hand on July 01, 2025.

STATE OF MINNESOTA

Brad Wise

By _____ , Deputy

COUNTY OF ANOKA

On July 01, 2025, before me personally appeared Deputy Lucas Christofferson, known to be the _____Deputy_____ Sheriff of said County, and the person described in and who executed the foregoing instrument, and acknowledged that (he)/she executed the same as (his)/her free act and deed as such _____Deputy_____ Sheriff.

_____

ELIZABETH ANNE COFFING
Notary Public
Minnesota
My Commission Expires January 31, 2027

## AFFIDAVIT OF MILITARY STATUS

STATE OF MINNESOTA

COUNTY OF WASHINGTON

The below signed being first duly sworn on oath says that he/she knows the facts relating to the military status of Jenna Kaltved and Douglas Kaltved owner(s) of the mortgaged premises described in the foregoing Sheriff's Certificate of mortgage foreclosure sale thereof, that said person(s) was not in the military or naval service of the United States at the time of this affidavit, or during the twelve (12) months preceding such sale, as appears from facts known at the time of this affidavit.

Dated: ___6·30·25___

Eric Cook, Michael Sauer, Orin Kipp
ATTORNEYS FOR WILFORD, GESKE & COOK, P.A.

Signed or attested before me on 6-30-25, by Orin Kipp___.

_____
Notary Public

_____
Title (and rank)
My commission expires: 1·31·27

MACKENZIE MICHELLE PARRANTO
Notary Public-Minnesota
My Commission Expires Jan 31, 2027

AFFIDAVIT OF COSTS AND DISBURSEMENTS

STATE OF MINNESOTA

COUNTY OF WASHINGTON

The below signed being first duly sworn on oath says that he/she is the attorney foreclosing the mortgage described in the printed notice of mortgage foreclosure sale hereto attached; that the following is a detailed bill of the costs and disbursements of said foreclosure, and that the same have been absolutely and unconditionally paid or incurred therein, to wit:

| | |
|---|---|
| $2,375.00 | Attorney's Fee for foreclosing said mortgage |
| $1,108.80 | Publication of Notice of Mortgage Foreclosure |
| $96.00 | Recording Costs |
| $100.00 | Sale Fee |
| $130.00 | Service Costs |
| $225.00 | Title Search |
| $4,034.80 | Total |

Dated: _6-30-25_

_____
Eric Cook, Michael Sauer, Orin Kipp
ATTORNEYS FOR WILFORD, GESKE & COOK, P.A.

Signed or attested before me on 6-30-25 by Orin Kipp .

_____
Notary Public

Legal Assistant
Title (and rank)
My commission expires: 1-31-27

MACKENZIE MICHELLE PARRANTO
Notary Public-Minnesota
My Commission Expires Jan 31, 2027

AFFIDAVIT OF COMPLIANCE

STATE OF MINNESOTA

COUNTY OF WASHINGTON

The below signed being first duly sworn on oath, states that:

1. The Foreclosure Prevention Counseling Notice has been delivered in compliance with Minnesota Statutes Section 580.021.

2. The Notice of Sale has been delivered in compliance with Minnesota Statutes Section 580.04.

3. The Foreclosure Advice Notice to Owners ("Help for Homeowners in Foreclosure") and the Notice of Redemption Rights have been delivered in compliance with Minnesota Statutes  Section 580.041.

4. If the property is a one-to-four family dwelling and is occupied by one or more tenants as a residence, the Foreclosure: Advice to Tenants has been delivered in compliance Minnesota Statutes Section 580.042.

5. The Farmer Lender Mediation Notice has been delivered in compliance with Minnesota Statutes Section 582.039, if applicable.

6. The Homestead Designation Notice has been delivered in compliance with Minnesota Statutes Section 582.041, if applicable.

7. The Agricultural Designation Notice has been delivered in compliance with Minnesota Statutes Section 582.042, if applicable.

Dated: _6·30·25_

_____

Eric Cook, Michael Sauer, Orin Kipp
ATTORNEYS FOR WILFORD, GESKE & COOK, P.A.

Signed or attested before me on 6-30-25, by Orin Kipp _____.

_Maureen Parranto_
Notary Public

_Legal Assistant_
Title (and rank)
My commission expires: 1-31-27

MACKENZIE MICHELLE PARRANTO
Notary Public-Minnesota
My Commission Expires Jan 31, 2027

File Number: 056420-F1

Office of County Recorder/Registrar
County of Anoka, MN

I hereby certify that I have compared the within
instrument with the original instrument No.
_2442295.004_ now on file in my
office, and that it is a true and correct copy of
the same, and of the whole thereof, and that
the above is a true copy of the filing thereon.

Dated    _12/9/2025_

_Pamela J. LeBlanc_
County Recorder/Registrar

By _____ Deputy