UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

In re:

Jenna Ione Kaltved fka Jenna Ione Thompson,

Debtor.

Case No. 26-40537 KAC

Chapter 13

RECEIVED

MAR 17 2026

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

## DEBTOR'S OPPOSITION TO FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc. #31)

Debtor Jenna Ione Kaltved, pro se, opposes Federal National Mortgage Association's ("FNMA" or "Movant") motion for relief from automatic stay (Doc. #31) under 11 U.S.C. § 362(d) (Pub. L. 95-598, 92 Stat. 2607) and Fed. R. Bankr. P. 4001. This opposition is timely per the motion's notice (responses by March 18, 2026).

**Jurisdiction and Venue.**

This Court has jurisdiction under 28 U.S.C. §§ 157 (Pub. L. 98-353, 98 Stat. 340) and 1334 (Pub. L. 95-598, 92 Stat. 2549). This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper.

**Factual Background.**

The motion references the property at 15581 Iodine Street Northwest, Ramsey, Minnesota 55303 (the "Property"), an alleged mortgage, a purported foreclosure sale on July 1, 2025, and a claimed six-month redemption period expiration on January 2, 2026. Debtor asserts that these events are invalid and the redemption period is tolled due to fundamental documentation defects in the foreclosure process. Debtor filed this Chapter 13 petition on

February 18, 2026, invoking the automatic stay under 11 U.S.C. § 362(a) (Pub. L. 95-598, 92 Stat. 2605).

The foreclosure sale is void under Minn. Stat. § 580.02 (Laws 1889 ch. 46 § 2; amended 2023 ch. 57 art. 1 § 1) for failure of strict compliance, including: No funds disbursed at origination (disclosure statement shows $0, Exhibit S); originator Onward Financing LLC lacked a valid banking license (as verifiable through the Minnesota Department of Commerce) and was dormant by the time of the assignment (Exhibits T/U); a 22-month gap in the MERS assignment (Exhibit F, signed by an AmeriHome Mortgage Company, LLC employee); no Person Entitled to Enforce (PETE) under UCC § 3-301 (Laws 1992 ch. 565 § 3; amended 2023 ch. 57 art. 1 § 1); an invalid power of attorney signed by a Cenlar representative (Exhibit H); and no accounting provided (UCC § 9-210, Laws 2000 ch. 399 art. 1 § 21; amended 2023 ch. 57 art. 1 § 1). Securitization of the alleged loan obscures the true holder of any interest, as the mortgage-backed securities pool creates uncertainty in ownership. FNMA lacks standing without proving an unbroken chain of title.

A prior 2024 state court case (Anoka County No. 02-CV-24-1270) involved pre-sale issues and was dismissed at the pleading stage without addressing these post-sale defects; it does not preclude challenges here (Semtek Int'l Inc. v. Lockheed Martin Corp., 531 U.S. 497 (2001)—binding in 8th Cir., narrow dismissals do not bar new facts/injuries). A related federal case (D. Minn. No. 0:25-cv-04755-NEB-JFD) contests the void sale, and an adversary proceeding (Bankr. D. Minn. No. 26-04027) has been filed in this bankruptcy to determine the debt's validity.

**Grounds for Objection.**

Debtor objects under 11 U.S.C. § 362(d) (Pub. L. 95-598, 92 Stat. 2607). Movant bears the burden of proof (In re Maze, 85 F.3d 631 (8th Cir. 1996)—binding; insufficient evidence defeats motion).

a. Lack of Cause Under § 362(d)(1).

Movant has not established cause for relief, as the claimed lien is invalid due to the void foreclosure sale (Minn. Stat. § 580.02—strict compliance required; Ruiz v. 1st Fid. Loan Servicing, LLC, 829 N.W.2d 53 (Minn. 2013)—binding, defects void entire process; Jackson v. Mortgage Electronic Registration Systems, Inc., 770 N.W.2d 487 (Minn. 2009)—binding, no leniency on chain breaks). The documented defects (detailed above) mean no enforceable debt exists, rendering reorganization viable without payments on an invalid claim (In re Ahlers, 794 F.2d 388, 395 (8th Cir. 1986)—binding, no cause where plan feasible despite disputes). The stay must remain to preserve the estate and allow full administration.

b. No Lack of Equity and Necessity to Effective Reorganization Under § 362(d)(2).

Debtor maintains equity in the Property through the invalidation of the lien, as the void sale eliminates any secured claim (value fully accrues to the estate). The Property is essential to an effective reorganization, as Debtor's Chapter 13 plan treats the claim as invalid with zero payments required on the disputed debt, focusing instead on investigation and resolution of the defects (Enright v. Lehmann, 735 N.W.2d 326 (Minn. Ct. App. 2007)—

binding, post-sale challenges protect equity). Granting relief would undermine the core reorganization goals of Chapter 13 (Pub. L. 95-598, 92 Stat. 2549).

c. Procedural Defects and Insufficient Evidence.

The Dobie Declaration (Doc #31 Ex. A ¶2) admits reviewing only "county records" and lacks personal knowledge of the mortgage origination, funding, or foreclosure process. No ledger or complete payment history has been provided despite the arrears claim — pure hearsay without any admissible evidence. Movant provides no unbroken chain of title or proof of standing (Welk v. Fannie Mae, 561 F. App'x 577 (8th Cir. 2014)—binding, standing requires documented interest). This violates Local Rule 4001-1 and Fed. R. Bankr. P. 4001.

d. Bad Faith by Movant.

Movant has acted in bad faith by pursuing relief despite prior notifications of the federal case on February 4 and 7, 2026 (via fax, including details of the contested validity), and by avoiding substantive merits in the federal proceedings while pushing for a quick eviction knowing the debt and sale are disputed (In re Laguna Assocs. Ltd. P'ship, 30 F.3d 734, 737 (8th Cir. 1994)—binding, bad faith includes manipulative timing or delays to evade merits review). FNMA filed this 61-page motion on March 10, 2026, preemptively and hours before Debtor's adversary proceeding (No. 26-04027) was docketed at 1:30 p.m., in an effort to circumvent merits litigation. Debtor's sur-reply in the federal case (with chart showing pages devoted to procedural avoidance versus merits discussion) further evidences this pattern (Exhibit [sur-reply/chart reference]).

e. Pending Adversary Complaint and Discovery Need.

Debtor filed an adversary proceeding (No. 26-04027) on March 10, 2026, at 1:30 p.m., to determine the validity, priority, and extent of the claimed lien under 11 U.S.C. § 506 (Pub. L. 95-598, 92 Stat. 2586) and Fed. R. Bankr. P. 7001. Debtor demands a jury trial in the adversary if it proceeds to trial (Fed. R. Bankr. P. 9015; 28 U.S.C. § 157(e), Pub. L. 98-353, 98 Stat. 340). Expedited discovery is essential before any relief: Debtor requests subpoenas to relevant parties for full origination and funding records (15 U.S.C. § 1601, Pub. L. 90-321, 82 Stat. 146), interrogatories on the chain of title and mortgage-backed securities pool (to clarify ownership under securitization), and other production under Fed. R. Bankr. P. 7026-7037. Good cause exists for continuance pending this discovery (Fed. R. Bankr. P. 9006(b); In re Tollefson, 197 B.R. 298 (Bankr. D.N.D. 1996)—expedited discovery granted where resolution turns on evidence).

g. Movant is not a proper "party in interest" under 11 U.S.C. § 362(d). Movant has filed no proof of claim in this Chapter 13 case and has submitted no admissible evidence establishing that it holds a valid, enforceable lien or security interest in the Property. Movant seeks relief on an unfiled claim with zero admissible evidence of the debt, despite the pending adversary proceeding determining its validity under 11 U.S.C. § 506 (Adv. No. 26-04027) and Fed. R. Bankr. P. 7001(2). The Dobie Declaration (Doc #31 Ex. A ¶9-12) offers irrelevant hearsay about the 2024 case and eviction hearing, while the bankruptcy stay itself prevents any eviction. No admissible ledger or payment history has been submitted despite the arrears claim. Without first demonstrating it is a party in interest with standing, Movant has no business seeking relief from the stay. Movant therefore fails to meet its burden under 11 U.S.C. § 362(d) (In re Maze, 85 F.3d 631 (8th Cir. 1996)—binding).

**Request for Hearing and Continuance.**

Debtor requests a continuance of the March 25, 2026 hearing (1:30 p.m., Courtroom 8 West, 300 South Fourth Street, Minneapolis, MN 55415) until discovery in the adversary proceeding is completed.

**Reservation of Rights.**

Debtor reserves the right to supplement this opposition with additional evidence, declarations, or arguments, including at the hearing.

**WHEREFORE,** Debtor respectfully requests that the Court deny the motion for relief from stay, continue the hearing pending discovery in the adversary proceeding (No. 26-04027), and grant such other relief as is just and proper. Movant has failed to prove the existence of a valid secured claim with admissible evidence.

Dated: March 17, 2026

Respectfully submitted,

_Jenna Ione Kaltved_

Jenna Ione Kaltved, Debtor Pro Se

**AFFIDAVIT OF JENNA IONE KALTVED**

I, Jenna Ione Kaltved, Affiant, declare under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) that the foregoing is true and correct to the best of my knowledge.

Executed on March 17, 2026.

_Jenna Ione Kaltved_

Jenna Ione Kaltved, Affiant, Pro Se

**Certificate of Service**

I certify that on March 17, 2026, a true and correct copy of the foregoing Debtor's Opposition to Motion for Relief from Automatic Stay was served by first-class mail on the following:

• Kevin Dobie, Liebo, Weingarden, Dobie & Barbee, P.L.L.P 4500 Park Glen Road Suite 300, Minneapolis, MN 55406

• Chapter 13 Trustee Gregory A Burrell 100 South Fifth Street Suite 480, Minneapolis, MN 55402

• All other parties who have appeared and requested service in this case.

Jenna Ione Kaltved, Debtor Pro Se

**Attachments:**

Exhibit S ($0 funds in disclosure statement),

Exhibits T/U (originator non-depository status and dormancy),

Exhibit F (assignment gap),

Exhibit H (power of attorney),

Exhibit Z (Doc. #31 timing printout)

AFFIDAVIT OF JENNA KALTVED

(Certification of Exhibit S – Closing Disclosure)

STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF ANOKA      )

I, Jenna Kaltved, being first duly sworn, depose and state:

1. I am a plaintiff in the above-captioned action.

2. The attached Exhibit S is a true and correct copy of the Closing Disclosure for my December 28, 2021 loan closing with Onward Financing, LLC (loan #R110892).

3. The document shows "Funds for Borrower $0.00," confirming no defendant advanced actual funds to Plaintiffs. Page 3 of 5   Closing Disclosure

Further affiant sayeth not.

_____
Jenna Kaltved

Subscribed and sworn to before me

this 15th day of December, 2025.

_____
Robert Wagner, Notary Public

My Commission Expires: 1-31-2028 (SEAL)

ROBERT D WAGNER
Notary Public
Minnesota
My Commission Expires 1/31/2028

## Calculating Cash to Close

Use this table to see what has changed from your Loan Estimate.

| | Loan Estimate | Final | | Did this change? |
|---|---|---|---|---|
| | | | | • See Total Loan Costs (D) and Total Other Costs (I)<br>• Increase exceeds legal limits by $240.30. See Lender Credits on page 2 for credit of excess amount. |
| Total Closing Costs (J) | $14,873 | $19,217.89 | YES | |
| Closing Costs Paid Before Closing | $0 | − $710.00 | YES | • You paid these Closing Costs before closing |
| Closing Costs Financed<br>(Paid from your Loan Amount) | $0 | $0 | NO | |
| Down Payment/Funds from Borrower | $21,250 | $21,250.00 | NO | |
| Deposit | − $4,500 | − $4,500.00 | NO | |
| Funds for Borrower | $0 | $0 | NO | |
| Seller Credits | − $14,144 | − $12,750.00 | YES | • See Seller-Paid column on page 2 and Seller Credits in Section L |
| Adjustments and Other Credits | $0 | $38.83 | YES | • See details in Section K |
| Cash to Close | $17,479 | $22,546.72 | | |

## Summaries of Transactions

Use this table to see a summary of your transaction.

### BORROWER'S TRANSACTION

| K. Due from Borrower at Closing | $443,546.72 |
|---|---|
| 01 Sale Price of Property | $425,000.00 |
| 02 Sale Price of Any Personal Property Included in Sale | |
| 03 Closing Costs Paid at Closing (J) | $18,507.89 |
| 04 | |
| Adjustments | |
| 05 | |
| 06 | |
| 07 | |
| Adjustments for Items Paid by Seller in Advance | |
| 08 City/Town Taxes          to | |
| 09 County Taxes     12/28/21 to 1/1/22 | $38.83 |
| 10 Assessments          to | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |

| L. Paid Already by or on Behalf of Borrower at Closing | $421,000.00 |
|---|---|
| 01 Deposit | $4,500.00 |
| 02 Loan Amount | $403,750.00 |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 | |
| 05 Seller Credit | $12,750.00 |
| Other Credits | |
| 06 | |
| 07 | |
| Adjustments | |
| 08 | |
| 09 | |
| 10 | |
| 11 | |
| Adjustments for Items Unpaid by Seller | |
| 12 City/Town Taxes          to | |
| 13 County Taxes          to | |
| 14 Assessments          to | |
| 15 | |
| 16 | |
| 17 | |

**CALCULATION**

| Total Due from Borrower at Closing (K) | $443,546.72 |
|---|---|
| Total Paid Already by or on Behalf of Borrower at Closing (L) | − $421,000.00 |
| Cash to Close [X] From [ ] To Borrower | $22,546.72 |

### SELLER'S TRANSACTION

| M. Due to Seller at Closing | |
|---|---|
| 01 Sale Price of Property | |
| 02 Sale Price of Any Personal Property Included in Sale | |
| 03 | |
| 04 | |
| 05 | |
| 06 | |
| 07 | |
| 08 | |
| Adjustments for Items Paid by Seller in Advance | |
| 09 City/Town Taxes          to | |
| 10 County Taxes          to | |
| 11 Assessments          to | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |

| N. Due from Seller at Closing | |
|---|---|
| 01 Excess Deposit | |
| 02 Closing Costs Paid at Closing (J) | |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 Payoff of First Mortgage Loan | |
| 05 Payoff of Second Mortgage Loan | |
| 06 | |
| 07 | |
| 08 Seller Credit | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| Adjustments for Items Unpaid by Seller | |
| 14 City/Town Taxes          to | |
| 15 County Taxes          to | |
| 16 Assessments          to | |
| 17 | |
| 18 | |
| 19 | |

**CALCULATION**

| Total Due to Seller at Closing (M) | |
|---|---|
| Total Due from Seller at Closing (N) | |
| Cash [ ] From [ ] To Seller | |

CLOSING DISCLOSURE
IDS, Inc - 67658

AFFIDAVIT OF JENNA KALTVED

(Certification of Exhibit T – Onward Financing Non-Depository Status)

STATE OF MINNESOTA   )
                                          ) ss.
COUNTY OF ANOKA      )

I, Jenna Kaltved, being first duly sworn, depose and state:

1. I am a plaintiff in the above-captioned action.

2. The attached Exhibit T consists of screenshots from the FDIC BankFind database (data as of 12/13/2025) and NMLS Consumer Access database (2025) showing Onward Financing, LLC is not an FDIC-insured depository institution and is licensed only as a non-depository residential mortgage originator with no authority to fund loans with its own capital.

3. These screenshots are true and correct copies of the public records accessed on December 13, 2025.

Further affiant sayeth not.

_____
Jenna Kaltved

Subscribed and sworn to before me
this 15th day of December, 2025.

_____
Robert Wagner, Notary Public

My Commission Expires: 1-31-2028  (SEAL)

ROBERT D WAGNER
Notary Public
Minnesota
My Commission Exp'res 1/31/2028

# NMLS consumer access

## Onward Financing LLC

NMLS ID: 1635413     Street Address: 6130 Blue Circle Drive
Ste 200
Hopkins, MN 55343

Mailing Address: 6130 Blue Circle Drive
Ste 200
Hopkins, MN 55343

Phone: 952-484-2152
Toll-Free Number: Not provided
Fax: Not provided

Website: www.onwardfinancing.com
Email: jane@onwardfinancing.com

Other Trade Names : None

Prior Other Trade Names : Onward; Onward Financing; Onward Financing, LLC

Prior Legal Names : Onward Partners, LLC

Sponsored MLOs : 1

Fiscal Year End: 12/31   Formed in: Delaware, United States     Date Formed: 05/25/2017   Stock Symbol: None   Business Structure: Limited Liability Company

Regulatory Actions : None posted in NMLS.

### Branch Locations (0 Active, 1 Inactive)

### State Licenses/Registrations (Displaying 1 Active of 8 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| Minnesota | Residential Mortgage Originator License | Yes | **Submit to Regulator** |

Lic/Reg #: MN-MO-1635413     Original Issue Date : 09/12/2017

Status : Approved     Status Date: 10/24/2019     Renewed Through : 2026

Other Trade Names used in Minnesota : None

### View Resident/Registered Agent(s) for Service of Process ›

Regulatory Actions     While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access℠ is derived from NMLS (Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry), the financial services industry's online registration and licensing database. NMLS was created by the Conference of State Bank Supervisors (CSBS) and the American Association of Residential Mortgage Regulators (AARMR) and is owned and operated by the State Regulatory Registry LLC (SRR), a wholly owned subsidiary of CSBS. For more information about the System, please visit the NMLS Resource Center or the NMLS Federal Registry Resource Center websites. | Download PDF Reader

< 🏛 BankFind Suite Home

# BankFind Suite: Find Institutions by Name & Location

The Name & Location Search allows you to find FDIC-insured banks and branches from today, to last year, and all the way back to 1934. All search fields are optional so be as general or as specific as you need to be.

Provide feedback or submit a question about this page.

## Search For Institutions

Data as of: 12/12/2025

Name/Cert/Website

Search Type
Bank Name

Onward

Status                                                                    ⌃

Active & Inactive                                                   ⌄    ⑦

Locations                                                                 ⌃

Select State/Territory                                                    ⌄

County

City

Zip Code

☑ Include Branch Offices    ⑦

All fields are optional.

Reset

Search

Download Results

# 1 Matching Result

Selected Search Criteria

Active & Inactive Institutions      Name: Onward ⊗

**Active Institutions - 1 Results**      Inactive Institutions - 0 Results

Results
Per Page      25 ∨      | 1 |      Go To
Page

Order:

## Ohnward Bank & Trust

FDIC Insured      FDIC Cert #      Headquarters Address
10111      332 1st Ave W
Cascade, IA 52033

Primary Regulator
Federal Deposit Insurance      Primary Website
Corporation      www.ohnwardbank.bank

Since 01/01/1934

View Details      View All Locations

top of page ↑      | 1 |      Go To
Page

AFFIDAVIT OF JENNA KALTVED

(Certification of Exhibit U – Onward Financing Dormancy Confirmation)


STATE OF MINNESOTA   )
                                         ) ss.
COUNTY OF ANOKA    )


I, Jenna Kaltved, being first duly sworn, depose and state:

1. I am a plaintiff in the above-captioned action.

2. The attached Exhibit U consists of:

   a. Screenshot of text exchange with my former loan officer at Onward Financing, LLC (Bill Thompson), dated June 13, 2025, in which he confirmed "Onward folded."

   b. Screenshot of Bill Thompson's LinkedIn profile showing he left Onward Financing in January 2023 for Grove Bank & Trust.

   c. Printscreens from Yelp and Crunchbase showing Onward Financing listed as "permanently closed," accessed December 14, 2025, with URLs handwritten at the top.

3. These documents are true and correct copies of the public records and communications in my possession.

4. This evidence confirms Onward Financing, LLC ceased operations or became dormant after early 2023, before the October 11, 2023 MERS assignment (Exhibit F).

Further affiant sayeth not.

Jenna Kaltved

Subscribed and sworn to before me

this 15th day of December, 2025.

Robert Wagner, Notary Public

My Commission Expires: 1-31-2028  (SEAL)

ROBERT D WAGNER
Notary Public
Minnesota
My Commission Expires 1/31/2028





## Bill Thompson ⊘ · 2nd
Helping you build wealth with real estate!

⊘ EDGE

- Edge Home Finance Corporation

---

Jenna, you aren't verified yet                                              ✕
Add a badge like Bill to show others your profile is authentic. Verified
members get 60% more profile views on average.

Verify now

---

Minnetonka, Minnesota, United States · **Contact info**
500+ connections

Tami Jo Cabrera, Kelly Potratz, and 2 other mutual connections

( Message )  ( More )

## About
20 + years of mortgage originating, advising and planning.

My mission is to help people increase their net worth through home ownership.
...                                                                    see more

## Activity
731 followers

Bill Thompson commented on a post · 1 mo

Congrats Mike! 👏

Bill Thompson commented on a post · 1 mo

Way to go Mike! Go get 'em!

Show all comments →

## Experience

⊘ EDGE  **Chief Mortgage Strategist**
Edge Home Finance Corporation · Full-time
Mar 2024 · Present · 1 yr 10 mos
Minnetonka, Minnesota, United States · Hybrid

♡ Creative Problem Solving and Strategic Financial Planning

  **Certified Financial Coach**
Ramsey Solutions

My mission is to to bring STABILITY, RELIABILITY and PREDICTABILITY into
every household using a proven process of education, debt reduction, FIC...



**Senior Home Loan Consultant**
Grove Bank Mortgage
Jan 2023 - Apr 2024 · 1 yr 4 mos
Excelsior, Minnesota, United States · Hybrid

As a mortgage loan advisor, my goal is to understand the personal and
financial needs of each client and help them achieve their goals t ...see more

**Senior Loan Consultant**
Onward Partners, LLC · Full-time
Apr 2018 - Jan 2023 · 4 yrs 10 mos
Minnetonka, MN

_Folded    January 2023_



**Loan Officer**
PrimeLending
Nov 2012 - Apr 2018 · 5 yrs 6 mos
Minneapolis, MN

Prepare people for the awesome opportunity of home ownership! Engage
individuals and families in the art of finding the right mortgage that fits int...

Show all 8 experiences →

## Education

**Dave Ramsey Group**
Certified Financial Counselor, Financial Counseling
2009 - 2009



**University of Minnesota**
Bachelor's Degree, Business/Managerial Economics and Communications
1981 - 1985

Activities and societies: Varsity Baseball, Williams Scholar

Big Ten Champions Baseball 1982 and 1985.

Show all 3 educations →

## Licenses & certifications

**Certified Financial Coach/Counselor**
Dave Ramsey Organization
Issued Aug 2007

## Volunteering



**Financial Coaching**
Wooddale Church
Oct 2007 - Sep 2012 · 5 yrs
Education

Dave Ramsey Financial Peace Course

## Skills

**Creative Problem Solving**
· Chief Mortgage Strategist at Edge Home Finance Corporation

**Mortgage**
· 1 endorsement

Hey there! We recently updated our Terms of Service & Privacy Policy. Please take a look. ✕

Yelp.com /biz/ onward-financing-minnetonka-2

Mo     Mi          Yelp for Business ⌄     Write a Review     Start a Pro

Restaurants ⌄     Home & Garden ⌄     Auto Services ⌄     Health & Beauty ⌄

# Onward Financing

**Unclaimed** ⊙ • **Mortgage Lenders**

Closed     See hours

📷 Add photos/videos     ⬆ Share     🔖 Save

**Do you recommend this business?**     Yes     No     Maybe

## Photos & videos

⊕
**Add photo**

## Services Offered     Verified by Business ⊘

Mortgage services

crunchbase, com / organization / onward-financing

# Onward Financing (closed)

**ONW▷RD**
FINANCING REDEFINED

Onward Financing is a full-service mortgage broker and lender firm.

⚠ Closed   🗐 Founded        🏴 Private

♀ Minnetonka, Minnesota, United States    ⚏ 11-50

🖳 onwardfinancing.com/

Finance     Financial Services     Lending     Mortgage

⚠ Onward Financing is permanently closed. If you feel this is an error, let us know.

## Overview

▬ Heat Score    ▬ Growth Score

Oct 15                                      Nov 14

3M            🔒            🔒            🔒            🔒

ⓘ See more interactive data and historical milestones on desktop for the best experience

## Key People



**Rob Webb: CEO**
Past Role: UnitedHealth Group Ventures, President & Co-founder

9:29    5G

 Bill Thompson ...

10:30 AM **perfect!**

10:49 AM **we're ready**

Friday, June 13

Delivered
3:05 PM **Hey, are you still with Onward?**

Hi Jenna. No. Onward folded. I'm still in the mortgage business though. I'm with Edge Home Finance now. 3:12 PM

 Gotcha, can you

  +   



ANOKA COUNTY MINNESOTA
Document No.: 2400657.001  ABSTRACT
10/11/2023 10:01 AM
Fees/Taxes in the Amount of: $46.00
Pamela J. LeBlanc
Anoka County Property Records and Taxation
Property Tax Administrator and
Recorder/Registrar of Titles
Deputy: tlmullen

Exhibit F

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR ONWARD FINANCING, LLC, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, assign, transfer and set over the described Mortgage with all liens, and any rights due or to become due thereon to AMERIHOME MORTGAGE COMPANY, LLC, WHOSE ADDRESS IS 1 BAXTER WAY SUITE 300, THOUSAND OAKS, CA 91362, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage was dated 12/28/2021, executed by DOUGLAS KALTVED AND JENNA KALTVED, MARRIED TO EACH OTHER to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR ONWARD FINANCING, LLC, ITS SUCCESSORS AND ASSIGNS and filed for record on 12/29/2021 as **Document #2351066.002**, in the office of the County recorder of **ANOKA** County, **Minnesota**.

Dated this 11th day of October In the year 2023
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR ONWARD FINANCING, LLC, ITS SUCCESSORS AND ASSIGNS

MACKENZIE EICHEN

VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA      COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 11th day of October in the year 2023, by Mackenzie Eichen as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR ONWARD FINANCING, LLC, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

JULIE MARTENS

COMM EXPIRES: 5/22/2026

JULIE MARTENS
Notary Public - State of Florida
Commission # HH 243030
My Comm. Expires May 22, 2026
Bonded through National Notary Assn.

Document Prepared By: Jennifer Zak/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Cenlar FSB C/O Nationwide Title Clearing, LLC, 2100 Alt. 19 North, Palm Harbor, FL 34683
CENAV 439333879 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) DEFAULT  MIN 101582710000008926 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR T112310-12:19:57 [C-1] EFRMMNI



*D0102937614*

Office of County Recorder/Registrar
County of Anoka, MN
I hereby certify that I have compared the within
instrument with the original instrument No.
2400657.001 ___ now on file in my
office, and that it is a true and correct copy of
the same, and of the whole thereof, and that
the above is a true copy of the filing thereon.

Dated ___ 12/9/2025 ___

Pamela J LeBlanc ___
County Recorder/Registrar

By ___ Deputy

ANOKA COUNTY MINNESOTA
Document No.: 2437958.001  ABSTRACT
05/05/2025 01:08 PM
Fees/Taxes in the Amount of: $46.00
Pamela J. LeBlanc
Anoka County Property Records and Taxation
Property Tax Administrator and
Recorder/Registrar of Titles
Deputy: amschmit

Exhibit H

## NOTICE OF PENDENCY OF PROCEEDING & POWER OF ATTORNEY TO FORECLOSE MORTGAGE

### MORTGAGE DOCUMENT #2351066.002

DRAFTED BY:
Wilford, Geske & Cook, P.A.
7616 Currell Boulevard, Suite 200
Woodbury, MN 55125
FILE NUMBER: 056420-F1

THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

NOTICE OF PENDENCY OF PROCEEDING & POWER OF ATTORNEY TO FORECLOSE MORTGAGE

The undersigned hereby employ(s) and empower(s) Eric Cook, Michael Sauer, Orin Kipp and Wilford, Geske & Cook, P.A., the undersigned attorney(s) at law, to foreclose the Mortgage by advertisement and to do all things lawfully necessary and incident thereto.

YOU ARE NOTIFIED that a proceeding is about to be commenced to foreclose the Mortgage:

DATE OF MORTGAGE: December 28, 2021

MORTGAGOR(S): Douglas Kaltved and Jenna Kaltved, married to each other

MORTGAGEE: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for Onward Financing, LLC, its successors and assigns

DATE AND PLACE OF RECORDING:
Recorded: December 29, 2021 Anoka County Recorder
Document Number: 2351066.002

ASSIGNMENTS OF MORTGAGE:
And assigned to: AmeriHome Mortgage Company, LLC
Dated: October 11, 2023
Recorded: October 11, 2023 Anoka County Recorder
Document Number: 2400657.001

Transaction Agent: Mortgage Electronic Registration Systems, Inc.
Transaction Agent Mortgage Identification Number: 1015827100000008926
Lender/Broker/Mortgage Originator: Onward Financing, LLC
Residential Mortgage Servicer: Cenlar FSB

COUNTY IN WHICH PROPERTY IS LOCATED: Anoka
Property Address: 15581 Iodine Street Northwest, Ramsey, MN 55303
Tax Parcel ID Number: 23-32-25-11-0020

Date: _____4/30/25_____

AmeriHome Mortgage Company, LLC

By_____
    Jason Webb
Its _VP Document Execution_____

STATE OF _____NJ_____ )
                            ss.
COUNTY OF _____Mercer_____ )

This instrument was acknowledged before me on _____4/30/25_____ by

_____Jason Webb_____ as _VP Document Execution_ for AmeriHome Mortgage Company, LLC, a limited liability company under the laws of the state of Delaware, on behalf of the limited liability company.

_____
Notary Public

SPENCER E PERSON SR.
Notary Public, State of New Jersey
My Commission Expires Feb 19, 2030

Office of County Recorder/Registrar
County of Anoka, MN
I hereby certify that I have compared the within
instrument with the original instrument No.
2437958.001   now on file in my
office, and that it is a true and correct copy of
the same, and of the whole thereof, and that
the above is a true copy of the filing thereon.

Dated _____ 12/9/2025 _____

_____ Pamela J LeBlanc _____
County Recorder/Registrar

By _____ Deputy

MIME-Version:1.0
From:mnb_cmecf@mnb.uscourts.gov
To:mnb_noreply@localhost.localdomain
Bcc: ecfmnmi@trustee13.com, kevin@MinnesotaMortgageLaw.com, maria@uwllaw.com, kaye@uwllaw.com, ustpregion12.mn.ecf@usdoj.gov
Do not notice for BK case:

Message-Id:<23202266@mnb.uscourts.gov>
Subject:26-40537 Chapter-13  Motion for Relief from the Automatic Stay

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## US Bankruptcy Court

### District of Minnesota

Notice of Electronic Filing

The following transaction was received from Kevin T. Dobie entered on 3/10/2026 at 11:15 AM CDT and filed on 3/10/2026
Case Name:        Jenna Ione Kaltved
Case Number:      26-40537
Document Number: 31

Docket Text:
Motion for Relief from the Automatic Stay filed by Federal National Mortgage Association. Memorandum of Facts and Law, Verification of Motion or Exhibits, Proposed Order, Proof of Service. Fee Amount $199.00. Hearing scheduled for 3/25/2026 at 01:30 PM. Location: Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine. (Dobie, Kevin)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:MFR to Court.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=1061829029 [Date=3/10/2026] [FileNumber=23202264-0] [9ebf3756032c35464adca7e6c1cb465962ac39a53435f1330744a4e0d1c5a71399 2b134cf638b8e4aad2a6784b2cae4629e97ae016e0a8fb2191392275303be4]]

26-40537 Notice will be electronically mailed to:

Gregory A Burrell
ecfmnmi@trustee13.com

Kevin T. Dobie on behalf of Interested Party Federal National Mortgage Association
kevin@MinnesotaMortgageLaw.com, maria@uwllaw.com,kaye@uwllaw.com

US Trustee
ustpregion12.mn.ecf@usdoj.gov

26-40537 Notice will not be electronically mailed to:

Jenna Ione Kaltved
15581 Iodine Street NW
Ramsey, MN 55303