UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

*Jenna Ione Kaltved,*

BKY   26-40537 (KAC)

Chapter 13 Case

Debtor.

NOTICE OF RESCHEDULED MEETING OF CREDITORS

TO:    Debtor(s) and all parties in interest:

**PLEASE TAKE NOTICE** that the Meeting of Creditors has been adjourned and continued to April 1, 2026, at 4:00 p.m. and will be held by video/telephone conference ONLY.

**DOCUMENTATION REQUIRED AT THE HEARING:** Debtors must be prepared to show proof of social security number and photo identification via video conference at the time of the hearing.

**VIDEO**: A cell phone with video and data capabilities OR a webcam and microphone equipped computer is required to appear by video. If using a cell phone, you must install the Zoom app from https://zoom.us/download in advance of the hearing date. If using a computer, you may also download the Zoom application or click start from your browser when connecting to the meeting.

- Visit https://zoom.us/j/6109055331 at least 10 minutes prior to the scheduled hearing time.
- If prompted, enter Meeting ID: 610 905 5331 and Passcode 9417372653, enter your name, and select OK/Join Meeting.
- If prompted, allow permission for the Zoom app to access your video and record your audio.
- You will be placed in a virtual waiting room until the Trustee admits you to the virtual meeting room to commence the hearing. You may not be heard at your exact meeting time, but you are instructed to wait until you are admitted to the virtual meeting room.
- From a cell phone, select Join with Video and Call Via Device Audio.  From a computer, select Join Audio by Computer and select Start Video.

**TELEPHONE:** Creditors and other parties unable to appear by video may appear by telephone by dialing **1-612-887-6551**, entering the meeting ID 610 905 5331, followed by #. Please call at least 5 minutes prior to the scheduled hearing. You will be placed on hold until the Trustee admits you to the meeting room to commence the hearing.

Dated: March 19, 2026

Gregory A. Burrell, Chapter 13 Trustee

/e/ *Jeffrey Bruzek*

Jeffrey M. Bruzek, ID # 319260
Heather M. Forrest, ID # 398764
Counsel to Chapter 13 Trustee
100 South 5th Street, Suite 480
Minneapolis, MN  55402
(612) 338-7591
jmb@ch13mn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

BKY   26-40537 (KAC)

*Jenna Ione Kaltved,*

Chapter 13 Case

Debtor.

UNSWORN CERTIFICATE OF SERVICE

The undersigned, being an employee of the standing Chapter 13 Trustee, declares that on the date indicated below, I served the attached Notice of Rescheduled Meeting of Creditors upon  all entities named below by first class mail postage prepaid and to any entities who are filing users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

Jenna Ione Kaltved

15581 Iodine Street NW

Ramsey, MN  55303

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: March 19, 2026                          /e/ Laurie A. Frey