**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Jenna Ione Kaltved

Case No: 26–40537 – KAC

Debtor(s)

Chapter 13 Case

**NOTICE OF CONTINUED HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

U S Court Courtroom 8 West, 300 S 4th St, Minneapolis, MN 55415

on 4/1/26 at 01:30 PM

to consider and act upon the following:

*31* – Motion for Relief from the Automatic Stay filed by Federal National Mortgage Association. Memorandum of Facts and Law, Verification of Motion or Exhibits, Proposed Order, Proof of Service. Fee Amount $199.00. Hearing scheduled for 3/25/2026 at 01:30 PM. Location: Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine. (Dobie, Kevin)

Dated: 3/25/26

s/ Tricia Pepin
Clerk, United States Bankruptcy Court


By: LMO
Deputy Clerk

**mnbntchrgBK** 05/22/2013 – FM