UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------
In re:                                                                         Case No.: 26-40537 KAC

     *JENNA IONE KALTVED,*

     Debtor.
------------------------------

RESPONSE TO MOTION TO EXTEND TIME TO FILE TAX RETURNS (ECF 20)

------------------------------
TO:  The debtor and all parties in interest pursuant to Local Rule 9013-3.

     Gregory A. Burrell, Chapter 13 Trustee, submits this response to the motions referenced in the caption above.

    1.   The trustee does not oppose holding open the 11 U.S.C. §341 meeting of creditors to May 4, 2026 for the debtor to file the referenced tax returns pursuant to 11 U.S.C. § 1308(b)(1). The debtor's motion is otherwise inappropriate as a court may only extend the time to file tax returns to 30 days after the filing period established by the trustee. 11 U.S.C. § 1308(b)(2).

     Gregory A. Burrell, Chapter 13 Trustee

Dated: March 26, 2026

     Signed: /e/ Jeffrey M. Bruzek
     Jeffrey M. Bruzek, ID # 319260
     Heather M. Forrest, ID # 398764
     Counsel for Chapter 13 Trustee
     Fifth Street Towers
     100 South Fifth Street, Ste. 480
     Minneapolis, MN 55402
     Email: jmb@ch13mn.com
     Tel. (612) 338-7591

VERIFICATION

    I, Jeffrey M. Bruzek, employed by the Chapter 13 Trustee, the movant named in the foregoing notice of hearing and motion, declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 26, 2026      Signed: /e/ Jeffrey M. Bruzek

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------
In re:                                                    Case No.: 26-40537 KAC

       *JENNA IONE KALTVED,*

         Debtor.
------------------------------

UNSWORN DECLARATION FOR PROOF OF SERVICE

I, Jeffrey Bruzek, employed by Gregory A. Burrell, Chapter 13 Trustee, declare that on March 26, 2026, I served the Motion to Dismiss and proposed Order on all Filing Users by electronic mail and on the individual(s) listed below, in the manner described:

By first class U.S. mail, postage prepaid:

JENNA IONE KALTVED
15581 IODINE STREET NW
RAMSEY, MN 55303

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed: March 26, 2026                                    /e/ Jeffrey Bruzek

2