**UNITED STATES BANKRUPTCY COURT DISTRICT OF MINNESOTA**

In re: Jenna Ione Kaltved f/k/a Jenna Ione Thompson,

Debtor.

Case No. 26-40537 (KAC)

Chapter 13

**RECEIVED BY MAIL**

**MAR 27 2026**

TIME: _____

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

**SUPPLEMENTAL DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc. #35)**

I, Jenna Ione Kaltved, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Debtor and have personal knowledge of the facts herein.

2. This supplements my Opposition filed March 17, 2026 (Doc. #35).

3. Movant's exhibits in Doc. #31 contain multiple redactions, including the Parcel Identification Number and Anoka County Recorder Document Numbers on the mortgage, assignments, and Sheriff's Certificate. These redactions prevent authentication of any specific interest in the property at 15581 Iodine Street NW, Ramsey, MN 55303. The documents therefore fail under Fed. R. Evid. 901 and the best-evidence rule (Fed. R. Evid. 1002).

4. The mortgage/security deed grants a lien only on the real property (house and land). It does not grant a security interest in the promissory note itself.

5. Attached as Exhibit A is the official UCC Debtor Search Report for Jenna Ione Kaltved dated March 24, 2026, showing zero financing statements filed describing the note as collateral, together with the receipt for that search. Attached as Exhibit B is the official

UCC Debtor Search Report for Douglas James Kaltved dated March 24, 2026, also

showing zero filings, together with the receipt for that search.

6. No Proof of Claim has been filed by Movant. Movant has not met its burden under 11

U.S.C. § 362(d) to show cause or a protectable interest in the collateral.

7. I renew my request for continuance pending discovery in Adv. Proc. 26-04027 or, in the

alternative, denial of relief from stay.

Executed on March 24, 2026, at Ramsey, Minnesota.

Jenna Ione Kaltved, Pro Se Debtor

**Exhibit A** – UCC Debtor Search Report with Receipt– Jenna Ione Kaltved (March 24, 2026)

**Exhibit B** – UCC Debtor Search Report with Receipt – Douglas James Kaltved (March 24, 2026)



# State of Minnesota
Office of the Minnesota Secretary of State
Steve Simon

## No Record Report

MN UNIFORM COMMERCIAL CODE      Debtor Search Report                                      March 24, 2026

Order Type:                          **UCC Standard Search - Without Copies**

Lien Order Request Number:    **1639355200027**

Requested:                           Individual     Debtor: **Jenna Ione Kaltved**

Requested City:      **Not Specified**

Search From Date:      **Not Specified**     Search to Date: **Not Specified**

Includes Lapsed:      **NO**

Total Financing Statements: **0**

Total Debtors Found: **0**

I, Steve Simon, Secretary of State of Minnesota, do hereby report that there are no documents filed in the central filing system under the Uniform Commercial Code, Article 9, which match the name requested in the information request or inquiry to which this is a response under the application search logic.

Secretary Of State

Through date:      03/19/2026 5:00 PM

Filing Officer:      Office of the Minnesota Secretary of State

Visit our web site to discover timesaving and convenient ways for doing business online at:
https://mblsportal.sos.mn.gov

**Uniform Commercial Code**
First National Bank Building
332 Minnesota Street, Suite N201
Saint Paul, MN 55101
Phone: 651-296-2803 or 1-877-551-6767 Minnesota Relay Service: 711
E-mail: ucc.dept@state.mn.us

Page 1 of 1

Exit

# Confirmation

Please keep a record of your Confirmation Number, or print this page for your records.

Confirmation Number  **MN8ABR004280865**

## Payment Details

**Description** MN Secretary of State
http://www.sos.state.mn.us/

**Payment Amount** $20.00

**Payment Date** 03/24/2026

**Status** PROCESSED

## Payment Method

**Payer Name** Jenna Kaltved

**Card Number** *7476

**Card Type** Visa

**Approval Code** 007677

**Confirmation Email** jennaione@gmail.com

## Billing Address

**Address 1** 15581 Iodine Street NW

**City** Ramsey

**State** MN

**Zip Code** 55303



# State of Minnesota
Office of the Minnesota Secretary of State

Steve Simon

## No Record Report

| | | |
|---|---|---|
| MN UNIFORM COMMERCIAL CODE | **Debtor Search Report** | March 24, 2026 |

Order Type:                **UCC Standard Search - Without Copies**

Lien Order Request Number:    **1639356900022**

Requested:                 Individual      Debtor: **Douglas James Kaltved**

Requested City:      **Not Specified**

Search From Date:    **Not Specified**      Search to Date: **Not Specified**

Includes Lapsed:     **NO**

Total Financing Statements: **0**

Total Debtors Found: **0**

I, Steve Simon, Secretary of State of Minnesota, do hereby report that there are no documents filed in the central filing system under the Uniform Commercial Code, Article 9, which match the name requested in the information request or inquiry to which this is a response under the application search logic.

Secretary Of State

Through date:      03/19/2026 5:00 PM

Filing Officer:     Office of the Minnesota Secretary of State

## Visit our web site to discover timesaving and convenient ways for doing business online at:
### https://mblsportal.sos.mn.gov

**Uniform Commercial Code**
First National Bank Building
332 Minnesota Street, Suite N201
Saint Paul, MN 55101
Phone: 651-296-2803 or 1-877-551-6767 Minnesota Relay Service: 711
E-mail: ucc.dept@state.mn.us

Exit

# Confirmation

Please keep a record of your Confirmation Number, or print this page for your records.

Confirmation Number  MN8ABR004280870

## Payment Details

**Description** MN Secretary of State
http://www.sos.state.mn.us/

**Payment Amount** $20.00

**Payment Date** 03/24/2026

**Status** PROCESSED

## Payment Method

**Payer Name** Jenna Kaltved

**Card Number** *7476

**Card Type** Visa

**Approval Code** 003086

**Confirmation Email** jennaione@gmail.com

## Billing Address

**Address 1** 15581 Iodine Street NW

**City** Ramsey

**State** MN

**Zip Code** 55303

CERTIFICATE OF SERVICE

I, Jenna Ione Kaltved, hereby certify that on March 25, 2026, a true and correct copy of the foregoing Supplemental Declaration in Support of Opposition to Motion for Relief from Automatic Stay was served via email and first-class mail upon:

Kevin Dobie, Liebo, Weingarden, Dobie & Barbee, P.L.L.P.
4500 Park Glen Road Suite 300
Minneapolis, MN 55416
kevin@minnesotamortgagelaw.com

and via certified mail, return receipt requested, upon the United States Bankruptcy Court, District of Minnesota, Clerk's Office, 300 South Fourth Street, Suite 1015, Minneapolis, MN 55415 (Attn: Case No. 26-40537).
9589 0710 5270 2936 0655 56

*Jenna Ione Kaltved*

Jenna Ione Kaltved, Pro Se Debtor

Date: March 25, 2026

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

Jenna Ione Kaltved,

Plaintiff,

v.

AmeriHome Mortgage Company, LLC; ServiceMac, LLC; Federal National Mortgage Association; Mortgage Electronic Registration Systems, Inc.; Cenlar FSB; Onward Financing LLC,

Defendants.

Adversary Proceeding No. 26-04027

## AFFIDAVIT OF SERVICE

I, Faith Sage, being duly sworn, state under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) as follows:

1. I am over the age of 18 and not a party to this action.

2. On March 19, 2026, I served the Amended Adversary Complaint, Motion to Amend, and, *Cover Pa:* Plaintiff's First Set of Discovery (RFAs, RFPs, ROGs) upon each Defendant by depositing true and correct copies in the United States mail, postage prepaid, via certified mail, return receipt requested, at the addresses below:

∘ AmeriHome Mortgage Company, LLC – c/o United Agent Group Inc, 5200 Willson Road #150, Edina, MN 55424  *11 pages*
   Certified Mail Tracking No.: _____9589 0710 5270 2936 0651 36_____

Page 1

○ ServiceMac, LLC – c/o Corporate Creations Network Inc, 5200 Willson Road #150, Edina, MN 55424  11 pages

Certified Mail Tracking No.: 9589 0710 5270 2936 0651 43

○ Onward Financing LLC – c/o CT Corporation Systems Inc, 1010 Dale Street North, St. Paul, MN 55117  11 pages

Certified Mail Tracking No.: 9589 0710 5270 2936 0651 50

○ Federal National Mortgage Association – 5600 Granite Parkway VII, Plano, TX 75024  11 pages

Certified Mail Tracking No.: 9589 0710 5270 2936 0655 87

○ Mortgage Electronic Registration Systems, Inc. – 11819 Miami Street, Suite 100, Omaha, NE 68164  11 pages

Certified Mail Tracking No.: 9589 0710 5270 2936 0655 70

○ Cenlar FSB – 425 Phillips Blvd., Ewing, NJ 08618  11 pages

Certified Mail Tracking No.: 9589 0710 5270 2936 0655 63

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2026.

Faith Sage, Affiant

FAITH L SAGE
Notary Public
State of Minnesota
My commission expires
1/31/2028

Page 2