# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Jenna Ione Kaltved

Case No: 26–40537 – KAC

Debtor(s)

Chapter 13 Case

### NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that a hearing will be held at

U S Court Courtroom 8 West, 300 S 4th St, Minneapolis, MN 55415

on 4/1/26 at 01:30 PM

to consider and act upon the following:

**31** – Motion for Relief from the Automatic Stay filed by Federal National Mortgage Association. Memorandum of Facts and Law, Verification of Motion or Exhibits, Proposed Order, Proof of Service. Fee Amount $199.00. Hearing scheduled for 3/25/2026 at 01:30 PM. Location: Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine. (Dobie, Kevin)

Dated: 3/25/26

s/ Tricia Pepin
Clerk, United States Bankruptcy Court


By: LMO
Deputy Clerk


**mnbntchrgBK** 05/22/2013 – FM

United States Bankruptcy Court

District of Minnesota

In re:                                                                                        Case No. 26-40537-KAC

Jenna Ione Kaltved                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0864-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2026 | Form ID: ntchrgBK | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jennaione@gmail.com | Mar 25 2026 22:29:00 | Jenna Ione Kaltved, 15581 Iodine Street NW, Ramsey, MN 55303-5741 |
| intp | + Email/Text: kevin@minnesotamortgagelaw.com | Mar 25 2026 22:30:00 | Federal National Mortgage Association, 4500 Park Glen Road, Suite 300, Minneapolis, MN 55416-4891 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory A Burrell | on behalf of Trustee Gregory A Burrell ecfmnmi@trustee13.com |
| Gregory A Burrell | ecfmnmi@trustee13.com |
| Kevin T. Dobie | on behalf of Interested Party Federal National Mortgage Association kevin@MinnesotaMortgageLaw.com maria@uwllaw.com,kaye@uwllaw.com |

District/off: 0864-4                                User: admin                                                Page 2 of 2
Date Rcvd: Mar 25, 2026                             Form ID: ntchrgBK                                        Total Noticed: 2

US Trustee

  ustpregion12.mn.ecf@usdoj.gov


TOTAL: 4