UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Jenna Iona Kaltved,

Bankruptcy No. 26-40537

Chapter 13

Debtor.

_____

**ORDER**

This case came before the Court on the Debtor's motion for an order extending the deadline to file tax returns [Doc. 20].

Based on the record,

**IT IS HEREBY ORDERED**:

The Debtor's deadline to file the required tax returns is extended to May 4, 2026.

Dated:   *April 1, 2026*

_s/ Katherine A. Constantine_____
Katherine A. Constantine
Chief United States Bankruptcy Judge