UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Case No. 26-40537 KAC

In re:

Chapter 13

Jenna Ione Kaltved
*fka* Jenna Ione Thompson,

Debtor.

_____

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This case is before the court on the motion of Federal National Mortgage Association for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the written and oral record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED**:

1.     The motion for relief from the automatic stay is granted as follows.

2.     The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable non-bankruptcy law with respect to the debtor and the following property: LOT 6, BLOCK 2, WILDLIFE SANCTUARY SECOND ADDITION, ANOKA COUNTY, Minnesota.

3.     Based on the comments of counsel, this order is effective immediately.

Dated:  April 3, 2026

*s/ Katherine A. Constantine*
_____
United States Bankruptcy Judge