UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Jenna Iona Kaltved,

               Debtor.

Bankruptcy No. 26-40537

Chapter 13

---

### ORDER

This case came before the Court on the Debtor's motion for an order extending the deadline to file tax returns [Doc. 20].

Based on the record,

**IT IS HEREBY ORDERED**:

The Debtor's deadline to file the required tax returns is extended to May 4, 2026.

Dated:  *April 1, 2026*

         *s/ Katherine A. Constantine*
         Katherine A. Constantine
         Chief United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

| | |
|---|---|
| In re: | Case No. 26-40537-KAC |
| Jenna Ione Kaltved | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 01, 2026 | Form ID: pdf111 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jennaione@gmail.com | Apr 01 2026 21:44:00 | Jenna Ione Kaltved, 15581 Iodine Street NW, Ramsey, MN 55303-5741 |
| intp | + Email/Text: kevin@minnesotamortgagelaw.com | Apr 01 2026 21:44:00 | Federal National Mortgage Association, 4500 Park Glen Road, Suite 300, Minneapolis, MN 55416-4891 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory A Burrell | on behalf of Trustee Gregory A Burrell ecfmnmi@trustee13.com |
| Gregory A Burrell | ecfmnmi@trustee13.com |
| Kevin T. Dobie | on behalf of Interested Party Federal National Mortgage Association kevin@MinnesotaMortgageLaw.com maria@uwllaw.com,kaye@uwllaw.com |
| US Trustee | |

District/off: 0864-4                           User: admin                                    Page 2 of 2
Date Rcvd: Apr 01, 2026                        Form ID: pdf111                               Total Noticed: 2

ustpregion12.mn.ecf@usdoj.gov


TOTAL: 4