## Audio Recording/Transcript Order Form

| 1. Order Request: ☒ Audio Recording ☒ Transcript | 2. Date of Order: 4-6-26 | 3. Name of Ordering Party: Jenna Ione Kaltved |
|---|---|---|

| 4. Phone Number of Ordering Party: 612-987-7104 | 5. Email Address of Ordering Party: jennaione@gmail.com |
|---|---|

| 6. Mailing Address of Ordering Party: 15581 Iodine St NW Ramsey, MN 55303 | 7. Case Number: 26-40537 |
|---|---|

| 8. Case Name: Jenna Ione Kaltved vs FNMA et al. | 9. Presiding Judge: Constantine | 10. Date(s) of Proceeding (use one order form for each proceeding): ~~March 25, 2026~~ April 1, 2026 |
|---|---|---|

**11. Docket No(s).:** 31, 35, 39, 41    hearing on Motion for Relief from stay

**12. Audio/Transcript Requested: Specify the portion(s) of the proceeding that you are requesting:**

| ☒ Entire proceeding | | ☐ Court Ruling | |
|---|---|---|---|
| ☐ Witness Testimony | | ☐ Other: | |

**Complete Items 13-16 for transcript orders only.**

**13. Requesting a Transcript for an Appeal:**

☒ Yes      ☐ No

**14. Transcript Order Delivery Requested (please refer to www.uscourts.gov for current Judicial Conference maximum transcript rates):**

| ☐ Ordinary (30 days) | | ☐ 14-Day Expedited | | ☐ 7-Day Expedited |
|---|---|---|---|---|
| ☒ 3-Day Expedited | | ☐ Daily | | ☐ Hourly |

**15. Name of Selected Transcriber (see the Court's list of transcribers):** A + S Transcript Providers d/b/a Price Transcript Service

**16. Email Address of Selected Transcriber:** pricetranscript@earthlink.net

**17. Phone Number of Selected Transcriber:** 973-914-3080

| CERTIFICATION By signing this document, I certify that I will pay all applicable fees and/or charges. For transcript requests: I certify that I will pay any required deposit, plus any additional charges as specified by the transcriber. | 18. Signature: Jenna Ione Kaltved |
|---|---|
| | 19. Date: 4-6-26 |

**RECEIVED**

**APR 06 2026**

TIME: _____

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA