Local Form 1009-1 (05/18)

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re: Jenna Ione Kaltved                                    Case No. 26-40537

Debtor(s).

### SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION,
### LISTS, SCHEDULES AND STATEMENTS

1.   Attached to this form are the following amended documents:

   ☐ Petition
   ☑ Schedule A/B
   ☑ Schedule C
   ☐ Schedule D
   ☐ Schedule E/F
   ☐ Schedule G
   ☐ Schedule H
   ☐ Schedule I
   ☐ Schedule J
   ☐ Schedule J-2
   ☐ Summary of assets and liabilities and certain statistical information (note that
       this Summary MUST BE submitted with any amended schedule)
   ☐ Statement of financial affairs
   ☐ Statement of intention
   ☐ Statement of current monthly income/means test calculation
   ☐ Other (specify):

**RECEIVED**

**MAY 2 1 2026**

TIME: _9:20am_

**CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA**

2.   For each amended document attached, clearly identify all changes (additions and
      deletions) to the amended document when compared with the original or most
      recent amendment:

Schedule A/B: Reduced value of 2015 Dodge Ram 1500 pickup truck to $3,000.00 due to
non-running condition and major engine repairs required.

Schedule C: Updated 2015 Dodge Ram 1500 to $0.00 exemption (not claimed as exempt;
treated as secured claim in modified plan).