**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Jenna Ione Kaltved

Case No: 26–40537 – KAC

Debtor(s)

Chapter 13

### ORDER REGARDING NOTICE OF AMENDED SCHEDULE

The Debtor(s) has filed an amended Schedule C without proof of notice to all creditors. Therefore,

**IT IS ORDERED:** The Debtor(s) must file proof of notice to all creditors of amended Schedule C within 7 days of this order.

Dated: 5/22/26

s/ Katherine A. Constantine
United States Bankruptcy Judge

**mnboams** 08/23