UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

In re: JENNA IONE KALTVED fka Jenna Ione Thompson, Debtor.

Case No. 26-40537 KAC Chapter 13

**RECEIVED**

MAY 2 2 2026

TIME: _____

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

NOTICE OF MODIFIED CHAPTER 13 PLAN

PLEASE TAKE NOTICE that on May 20, 2026, the Debtor filed a **Modified Chapter 13 Plan**

in the above-captioned case.

The confirmation hearing on the Modified Plan is scheduled for **June 18, 2026** before the

Honorable Judge Katherine A. Constantine at the United States Bankruptcy Court, District of

Minnesota.

**Objection Deadline**: Any objections to confirmation of the Modified Plan must be filed with the

Court and served on the Debtor, the Chapter 13 Trustee, and the United States.

Dated: May 21, 2026

Respectfully submitted,

Jenna Ione Kaltved, Pro Se Debtor

## CERTIFICATE OF SERVICE

MAY 2 2 2026

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

**Re: Jenna Ione Kaltved, Debtor**

**Case 26-40537**

I, Jenna Ione Kaltved, certify under penalty of perjury that on May 21, 2026, I served a true and correct copy of the following documents:

1. Modified Chapter 13 Plan

by first-class U.S. Mail, postage prepaid, upon the following:

- All creditors listed on the Debtor's mailing matrix
- Email to trustee counsel

I, Jenna Ione Kaltved, certify under penalty of perjury that on May 22, 2026, I served a true and correct copy of the following documents:

1. NOTICE OF HEARING FOR PRECONFIRAMTION MODIFIED PLAN

by first-class U.S. Mail, postage prepaid, upon the following:

- All creditors listed on the Debtor's mailing matrix

Executed on May 22, 2026.

_Jenna Ione Kaltved_

Jenna Ione Kaltved, Pro Se Debtor

 Gmail

Jenna Kaltved <jennaione@gmail.com>

**USPS eReceipt**

2 messages

DoNotReply@ereceipt.usps.gov <DoNotReply@ereceipt.usps.gov>
To: JENNAIONE@gmail.com



**UNITED STATES POSTAL SERVICE ®**

ANOKA
2168 7TH AVE
ANOKA, MN 55303-1713
www.usps.com

05/21/2026                                    02:04 PM

---

TRACKING NUMBERS
9402 0361 0652 9003 2824 53
9434 6081 0624 4149 9431 02
9434 6081 0624 5182 7652 63
9434 6081 0624 5182 6412 77
9434 6081 0624 5181 2040 91
9434 6092 0609 4647 5654 21
9400 1081 0624 4148 9204 30
9449 0081 0624 4150 0004 29
9434 6362 0761 4683 6158 26
9434 6081 0624 5179 8815 32

---

TRACK STATUS OF ITEMS BY LINK
(Up to 25 items)
Click to track items

---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Other Non-Revenue | 1 | | $0.00 |

Prepaid Mail                    1              $0.00
  Ontario, CA 91762
  Weight: 9 lb  8.00 oz
  Acceptance Date:
    Thu 05/21/2026
  Tracking #:
    9402 0361 0652 9003 2824 53

Prepaid Mail                    1              $0.00
  Windsor, CO 80550
  Weight: 1 lb  12.80 oz
  Acceptance Date:
    Thu 05/21/2026
  Tracking #:
    9434 6081 0624 4149 9431 02

Prepaid Mail                    1              $0.00
  Greer, SC 29651
  Weight: 2 lb  2.90 oz
  Acceptance Date:
    Thu 05/21/2026
  Tracking #:
    9434 6081 0624 5182 7652 63

Prepaid Mail                    1              $0.00
  Brecksville, OH 44141
  Weight: 1 lb  11.70 oz
  Acceptance Date:
    Thu 05/21/2026
  Tracking #:
    9434 6081 0624 5182 6412 77

Prepaid Mail                    1              $0.00
  Raleigh, NC 27616
  Weight: 1 lb  15.10 oz
  Acceptance Date:
    Thu 05/21/2026
  Tracking #:
    9434 6081 0624 5181 2040 91

Prepaid Mail                    1              $0.00
  Warren, NJ 07059
  Weight: 5 lb  0.40 oz
  Acceptance Date:
    Thu 05/21/2026
  Tracking #:
    9434 6092 0609 4647 5654 21

Prepaid Mail                    1              $0.00
  Zephyrhills, FL 33541
  Weight: 0 lb  8.10 oz
  Acceptance Date:
    Thu 05/21/2026
  Tracking #:
    9400 1081 0624 4148 9204 30

Prepaid Mail                    1              $0.00
  Silverdale, WA 98383
  Weight: 0 lb  12.90 oz
  Acceptance Date:
    Thu 05/21/2026
  Tracking #:

9449 0081 0624 4150 0004 29

| | | |
|---|---|---|
| Prepaid Mail | 1 | $0.00 |

Vincent, OH 45784
Weight: 1 lb 1.60 oz
Acceptance Date:
   Thu 05/21/2026
Tracking #:
   9434 6362 0761 4683 6158 26

| | | |
|---|---|---|
| Prepaid Mail | 1 | $0.00 |

Covington, GA 30014
Weight: 0 lb 13.50 oz
Acceptance Date:
   Thu 05/21/2026
Tracking #:
   9434 6081 0624 5179 8815 32

| | | |
|---|---|---|
| First-Class Mail® | 1 | $1.07 |

Letter
  Saint Paul, MN 55164
  Weight: 0 lb 1.30 oz
  Estimated Delivery Date
   Tue 05/26/2026

| | | |
|---|---|---|
| First-Class Mail® | 1 | $1.07 |

Letter
  Washington, DC 20005
  Weight: 0 lb 1.30 oz
  Estimated Delivery Date
   Tue 05/26/2026

| | | |
|---|---|---|
| First-Class Mail® | 1 | $1.07 |

Letter
  Trenton, NJ 08628
  Weight: 0 lb 1.30 oz
  Estimated Delivery Date
   Tue 05/26/2026

| | | |
|---|---|---|
| First-Class Mail® | 1 | $1.07 |

Letter
  Irving, TX 75016
  Weight: 0 lb 1.30 oz
  Estimated Delivery Date
   Tue 05/26/2026

| | | |
|---|---|---|
| First-Class Mail® | 1 | $1.07 |

Letter
  Minneapolis, MN 55480
  Weight: 0 lb 1.20 oz
  Estimated Delivery Date
   Sat 05/23/2026

| | | |
|---|---|---|
| First-Class Mail® | 1 | $1.07 |

Letter
  Salt Lake City, UT 84130
  Weight: 0 lb 1.30 oz
  Estimated Delivery Date
   Tue 05/26/2026

| | | |
|---|---|---|
| First-Class Mail® | 1 | $1.07 |

Letter
  El Paso, TX 79998
  Weight: 0 lb 1.30 oz
  Estimated Delivery Date
   Tue 05/26/2026

------------------------------------------------

| | |
|---|---|
| Grand Total: | $7.49 |

------------------------------------------------

| | |
|---|---|
| Cash | $20.00 |
|   Change: -$12.51 | |
| Rounded Change Due | ($12.50) |

------------------------------------------------

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused
boxes MUST be completely
removed/obliterated if they no longer
match the contents.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team
that delivers! The Postal Service is
actively hiring for full and part-time
positions. To learn more visit us at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
     Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

------------------------------------------------

UFN: 260310-0094
Receipt #: 840-55530282-1-11831319-1
Clerk: 17

**Privacy Act Statement:** Your information will be used to provide you with an