## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:

Jenna Ione Kaltved

Case No: 26–40537 – KAC

Debtor(s)

Chapter 13

### ORDER REGARDING NOTICE OF AMENDED SCHEDULE

The Debtor(s) has filed an amended Schedule C without proof of notice to all creditors. Therefore,

**IT IS ORDERED:** The Debtor(s) must file proof of notice to all creditors of amended Schedule C within 7 days of this order.

Dated: 5/22/26

s/ Katherine A. Constantine
United States Bankruptcy Judge

**mnboams** 08/23

United States Bankruptcy Court

District of Minnesota

In re:                                                              Case No. 26-40537-KAC

Jenna Ione Kaltved                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 22, 2026 | Form ID: mnboams | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jennaione@gmail.com | May 22 2026 22:17:00 | Jenna Ione Kaltved, 15581 Iodine Street NW, Ramsey, MN 55303-5741 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory A Burrell | ecfmnmi@trustee13.com |
| Gregory A Burrell | on behalf of Trustee Gregory A Burrell ecfmnmi@trustee13.com |
| Kevin T. Dobie | on behalf of Interested Party Federal National Mortgage Association kevin@MinnesotaMortgageLaw.com maria@uwllaw.com,kaye@uwllaw.com |
| Shaun D Redford | on behalf of Defendant ONWARD FINANCING LLC shaun@redfordlaw.com  natalie@redfordlaw.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

District/off: 0864-4                          User: admin                                    Page 2 of 2
Date Rcvd: May 22, 2026                       Form ID: mnboams                               Total Noticed: 1
TOTAL: 5