UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Jenna Ione Kaltved,

Debtor(s).

Case No. 26-40537
Chapter 13

***OBJECTION TO CONFIRMATION***

---

TO:   Debtor(s); Gregory A Burrell, Chapter 13 Trustee; U.S. Trustee; and other parties in interest.

1.   Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, a secured creditor of Debtor(s), by its undersigned attorney, makes this objection to the confirmation of the proposed plan of the Debtor(s).

2.   This objection is filed pursuant to Fed. R. Bankr. P. 3015(f) and Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto requests this Court to enter an order denying confirmation of Debtor(s)' proposed Chapter 13 plan (the "Plan").  This Court has jurisdiction over this motion pursuant to 28 U.S.C. Sec. 1334(a) and 157(a), 11 U.S.C. §1325 and applicable rules.  This is a core proceeding.

3.   Hearing on confirmation of the Plan is scheduled for **11:00 am** on **Thursday, June 18, 2026**, before the Honorable Katherine A. Constantine, in Courtroom No. 8 West, 8th Floor, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota  55415, or as soon thereafter as counsel can be heard.

4.   The petition commencing this Chapter 13 case was filed on February 18, 2026 and the case is now pending in this Court.

5.   Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto holds a valid, perfected interest in a 2015 Ram 1500, vehicle identification number 1C6RR7WM7FS504842 (the "Vehicle").

6.   Copies of Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto's agreement with Debtor(s) (the "Contract") and evidence of perfection of Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto's interest in

1

the Vehicle are attached hereto as Exhibits A and B and incorporated herein by reference. Pursuant to the Contract, Debtor granted a security interest in the Vehicle to secure repayment of amounts due thereunder. Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto is the current holder of the Contract through assignment or original financing. Proof of the perfection of Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto's security interest is attached hereto.

7. The balance due to Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto as of the petition date totals $10,437.66. The retail value of the Vehicle is $22,100.00. Accordingly, the claim of Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto should be treated as secured to the extent of $10,437.66.

8. The Plan, however, provides for (i) Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto's secured claim of $3,000.00 with interest accruing at 9%; and (ii) total payment on Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto's secured claim of $3,496.00.

9. The Plan fails to satisfy Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto's secured claim plus interest utilizing the payments set forth by Debtor(s).

10. The Plan does not comply with the provisions of Chapter 13.

11. The Plan does not provide Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto with adequate protection of its interest in the Vehicle.

12. Respondent gives notice that it may, if necessary, call Donna Sallee or another representative of Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto to testify at the hearing.

13. Accordingly, the Plan does not meet the confirmation requisites and should be denied.

WHEREFORE, Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto respectfully requests this Court

to enter an order denying confirmation of the Debtor(s)' proposed plan and such other further relief as is

just and equitable.

Dated: <u>June 11, 2026</u>                          STEWART, ZLIMEN & JUNGERS, LTD.

By ____<u>s/ Bradley J. Halberstadt</u>____
Bradley J. Halberstadt (#215296)
Attorneys for Respondent
2860 Patton Road
Roseville, MN  55113
651-366-6380 Ext. 111
E-Mail:  Brad@szjlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                      Case No.26-40537
                                                                                Chapter 13

Jenna Ione Kaltved,

    Debtor(s).                                                  ***MEMORANDUM IN SUPPORT OF
                                                                    OBJECTION TO CONFIRMATION***

Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto submits this memorandum of law in support of its

objection to confirmation in the above-entitled matter.

FACTS

Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto holds a valid, perfected interest in a 2015 Ram

1500, vehicle identification number 1C6RR7WM7FS504842 (the "Vehicle").

The balance due to Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto as of the petition date totals

$10,437.66.  The retail value of the Vehicle is $22,100.00.  Accordingly, the claim of Wells Fargo Bank,

N.A. d/b/a Wells Fargo Auto should be treated as secured to the extent of $10,437.66.

The Plan, however, provides for (i) Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto's secured

claim of $3,000.00 with interest accruing at 9%; and (ii) total payment on Wells Fargo Bank, N.A. d/b/a

Wells Fargo Auto's secured claim of $3,496.00.

DISCUSSION

Pursuant to 11 U.S.C. §1325(a)(5), a plan must distribute deferred cash payments equal to the

present value of the secured claim.  *Rake v. Wade*, 113 S.Ct. 2187, 124 L.Ed.2d 424 (1993).  In this case,

the Debtor(s) have proposed payments that do not satisfy Wells Fargo Bank, N.A. d/b/a Wells Fargo

1

Auto's secured claim plus a reasonable interest rate.  Accordingly, the Plan does not meet the

confirmation requisites and should be denied.

CONCLUSION

For all of the reasons set forth herein, Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto

respectfully requests that the Court deny confirmation of Debtor(s)' Chapter 13 Plan.

Dated: June 11, 2026                    STEWART, ZLIMEN & JUNGERS, LTD.

By ____ s/ Bradley J. Halberstadt ____
Bradley J. Halberstadt (#215296)
Attorneys for Respondent
2860 Patton Road
Roseville, MN  55113
651-366-6380 Ext. 111
E-Mail:  Brad@szjlaw.com

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                                                  Case No. 26-40537
                                                                                             Chapter 13

Jenna Ione Kaltved,

                                                                            ***UNSWORN CERTIFICATE OF SERVICE***

        Debtor.

---

I, Bradley J. Halberstadt, declare under penalty of perjury that on that on the date set forth below, I served copies of the foregoing **Objection to Confirmation** upon each of the entities named below by electronic transmission or by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid addressed to each of them as follows:

-------------------------------------------------------------------------------------------------------------------

United States Trustee                                                       (Trustee)
1015 US Courthouse                                                          Gregory A Burrell
300 South 4th Street                                                        100 South Fifth Street, Suite 480
Minneapolis, MN  55415                                                     Minneapolis, MN 55402

(Debtor(s) By Mail)
Jenna Ione Kaltved
15581 Iodine Street NW
Ramsey, MN 55303

-------------------------------------------------------------------------------------------------------------------

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: June 11, 2026                    Signed:   s/ Bradley J. Halberstadt

-------------------------------------------------------------------------------------------------------------------

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                          Case No. 26-40537
                                                                Chapter 13
Jenna Ione Kaltved,

      Debtor(s).

## ORDER DENYING CONFIRMATION

This matter came before this Court for confirmation of the Chapter 13 plan of

reorganization of debtor(s).  Based upon all the files and records, the Court makes this Order

pursuant to the Federal Rules of Bankruptcy Procedure.

IT IS HEREBY ORDERED that confirmation of the Chapter 13 plan of debtor(s) is

denied.

Dated:                                          _____
                                                Katherine A. Constantine
                                                United States Bankruptcy Judge

1023293